# EXHIBIT I

Church of the Flying Spaghetti Monster or Pastafarianism



# Flying Spaghetti Monster

From Wikipedia, the free encyclopedia

The **Flying Spaghetti Monster** (**FSM**) is the deity of the **Church of the Flying Spaghetti Monster** or **Pastafarianism** (a portmanteau of pasta and Rastafarian), a social movement that promotes a light-hearted view of religion and opposes the teaching of intelligent design and creationism in public schools. According to adherents, Pastafarianism is a "real, legitimate religion, as much as any other."[3] Pastafarianism is legally recognized as a religion in the Netherlands[4] and New Zealand – where Pastafarian representatives have been authorized to celebrate weddings and where the first legally recognized Pastafarian wedding was performed in April 2016.[5][6][7] In the United States the same month, a federal judge ruled that the "Church of the Flying Spaghetti Monster" is not a real religion.[8]

The "Flying Spaghetti Monster" was first described in a satirical open letter written by Bobby Henderson in 2005 to protest the Kansas State Board of Education decision to permit teaching intelligent design as an alternative to evolution in public school science classes.[9] After Henderson published the letter on his website, the Flying Spaghetti Monster rapidly became an Internet phenomenon and a symbol of opposition to the teaching of intelligent design in public schools.[10]

| Flying Spaghetti Monster |  |
|---|---|
|  |  |
| *Touched by His Noodly Appendage*, a parody of Michelangelo's *The Creation of Adam*, is an iconic image of the Flying Spaghetti Monster[1] by Arne Niklas Jansson.[2] |  |
| First appearance | January 2005 |
| Created by | Bobby Henderson |
| Information |  |
| Aliases | FSM |
| Species | Deity |
| Religion | Pastafarianism |

Because of its popularity and exposure, the Flying Spaghetti Monster is often used as a contemporary version of Russell's teapot—an argument that the philosophic burden of proof lies upon those who make unfalsifiable claims, not on those who reject them. Pastafarianism has received praise from the scientific community and criticism from proponents of intelligent design. Pastafarians have engaged in disputes with creationists, including in Polk County, Florida, where they played a role in dissuading the local school board from adopting new rules on teaching evolution.[11]

Pastafarian tenets (generally satires of creationism) are presented both on Henderson's *Church of the Flying Spaghetti Monster* website, where he is described as "prophet", and in *The Gospel of the Flying Spaghetti Monster*, written by Henderson in 2006. The central belief is that an invisible and undetectable Flying Spaghetti Monster created the universe. Pirates are revered as the original Pastafarians.[12] Henderson asserts that a decline in the number of pirates over the years is the cause of global warming.[13] The FSM community congregates at Henderson's website to share ideas about the Flying Spaghetti Monster and crafts representing images of it.[3] So-called "sightings" of the Flying Spaghetti Monster are also discussed. Critics attribute such sightings to pareidolia, a tendency to perceive patterns in nature where no such patterns exist.[14]

# Contents



- 1 History
  - 1.1 Internet phenomenon
- 2 Positions
  - 2.1 Creation
  - 2.2 Afterlife
  - 2.3 Pirates and global warming
  - 2.4 Holidays
- 3 Books
  - 3.1 *The Gospel of the Flying Spaghetti Monster*
  - 3.2 *The Loose Canon*
- 4 Influence
  - 4.1 As a cultural phenomenon
  - 4.2 Use in religious disputes
- 5 Legal status
  - 5.1 Marriage
  - 5.2 Free speech
  - 5.3 Headgear in identity photos
- 6 Critical reception
- 7 See also
- 8 Notes
- 9 References
- 10 External links

# History

In January 2005,[15] Bobby Henderson(fr), then a 24-year-old[16] Oregon State University physics graduate, sent an open letter regarding the Flying Spaghetti Monster to the Kansas State Board of Education.[10][17][18] In that letter, Henderson satirized creationism by professing his belief that whenever a scientist carbon-dates an object, a supernatural creator that closely resembles spaghetti and meatballs is there "changing the results with His Noodly Appendage". Henderson argued that his beliefs were just as valid as intelligent design, and called for equal time in science classrooms alongside intelligent design and evolution.[13] The letter was sent prior to the Kansas evolution hearings as an argument against the teaching of intelligent design in biology classes.[10] Henderson, describing himself as a "concerned citizen" representing more than ten million others, argued that intelligent design and his belief that "the universe was created by a Flying Spaghetti Monster" were equally valid.[10] In his letter, he noted,

> I think we can all look forward to the time when these three theories are given equal time in our science classrooms across the

| Nature timeline | | |
|---|---|---|
| | | view • discuss • |
| 0 — | Land life | ←Earliest humans |
| – | | ←Cambrian explosion |
| -1 — | **Multicellular life** | ←Earliest sexual reproduction |
| -2 — L i f | | |
| – e | | ←Atmospheric oxygen |
| -3 — | *photosynthesis* | |
| – | **Single-celled life** | ←Earliest oxygen |
| -4 — | *water* | ←Earliest life |
| – | **Solar System** | ←Earliest Earth (-4.54) |
| -5 — | | |
| – | | ←Alpha Centauri forms |
| -6 — | *cosmic speed-up* | |
| – | | ←NGC 188 star cluster forms |
| -7 — P r | | |
| -8 — i m | | |
| – o | **Dark matter** | |
| -9 — r d | **Dark energy** | ←Milky Way Galaxy spiral arms form |
| -10 — i | | ←Andromeda Galaxy |

country, and eventually the world; one third time for Intelligent Design, one third time for Flying Spaghetti Monsterism, and one third time for logical conjecture based on overwhelming observable evidence.

— Bobby Henderson[13]

According to Henderson, since the intelligent design movement uses ambiguous references to a designer, any conceivable entity may fulfill that role, including a Flying Spaghetti Monster.[19] Henderson explained, "I don't have a problem with religion. What I have a problem with is religion posing as science. If there is a god and he's intelligent, then I would guess he has a sense of humor."[9][20]

In May 2005, having received no reply from the Kansas State Board of Education, Henderson posted the letter on his website, gaining significant public interest.[3][15] Shortly thereafter, Pastafarianism became an Internet phenomenon.[9][19] Henderson published the responses he then received from board members.[21] Three board members, all of whom opposed the curriculum amendments, responded positively; a fourth board member responded with the comment "It is a serious offense to mock God".[22] Henderson has also published the significant amount of hate mail, including death threats, that he has received.[23][24] Within one year of sending the open letter, Henderson received thousands of emails on the Flying Spaghetti Monster, eventually totaling over 60,000,[25] of which he has said that "about 95 percent have been supportive, while the other five percent have said I am going to hell".[9] During that time, his site garnered tens of millions of hits.[25]

## Internet phenomenon



The FSM "fish" emblem, the symbol of the Church of the Flying Spaghetti Monster, was created by readers of the Boing Boing web site.[26][27] It is a parody of the Christian Ichthys symbol.

As word of Henderson's challenge to the board spread, his website and cause received more attention and support. The satirical nature of Henderson's argument made the Flying Spaghetti Monster popular with bloggers as well as humor and Internet culture websites.[28] The Flying Spaghetti Monster was featured on websites such as Boing Boing, Something Awful, Uncyclopedia, and Fark.com. Moreover, an International Society for Flying Spaghetti Monster Awareness and other fan sites emerged.[29] As public awareness grew, the mainstream media picked up on the phenomenon. The Flying Spaghetti Monster became a symbol for the case against intelligent design in public education.[10][30][31] The open letter was printed in many large newspapers, including *The New York Times*, *The Washington Post*, and *Chicago Sun-Times*,[25] and received "worldwide press attention", according to one journalist.[32] Henderson himself was surprised by its success, stating that he "wrote the letter for [his] own amusement as much as anything".[19]

In August 2005, in response to a challenge from a reader, Boing Boing announced a $250,000 prize—later raised to $1,000,000—of "Intelligently Designed currency" payable to any individual who could produce empirical evidence proving that Jesus is not the son of the Flying Spaghetti Monster.[33] It was modeled as a parody of a similar challenge issued by young-earth creationist Kent Hovind.[19][34]

According to Henderson, newspaper articles on the Flying Spaghetti Monster attracted the attention of book publishers; he said that at one point, there were six publishers interested in the Flying Spaghetti Monster.[25] In November 2005, Henderson received an advance from Villard to write *The Gospel of the Flying Spaghetti Monster*.[35]

In November 2005, the Kansas State Board of Education voted to allow criticisms of evolution, including language about intelligent design, as part of testing standards.[36] On February 13, 2007, the board voted 6–4 to reject the amended science standards enacted in 2005. This was the fifth time in eight years that the board had rewritten the standards on evolution.[37]

# Positions

Although Henderson has stated that "the only dogma allowed in the Church of the Flying Spaghetti Monster is the rejection of dogma", some general beliefs are held by Pastafarians.[3] Henderson proposed many Pastafarian tenets in reaction to common arguments by proponents of intelligent design.[38] These "canonical beliefs" are presented by Henderson in his letter to the Kansas State Board of Education,[13] *The Gospel of the Flying Spaghetti Monster*, and on Henderson's web site, where he is described as a "prophet".[39] They tend to satirize creationism.[19]

> " With millions, if not thousands, of devout worshipers, the Church of the FSM is widely considered a legitimate religion, even by its opponents—mostly fundamentalist Christians, who have accepted that our God has larger balls than theirs. "
>
> –Bobby Henderson[3]

## Creation

The central creation myth is that an invisible and undetectable Flying Spaghetti Monster created the universe "after drinking heavily". According to these beliefs, the Monster's intoxication was the cause for a flawed Earth. Furthermore, according to Pastafarianism, all evidence for evolution was planted by the Flying Spaghetti Monster in an effort to test the faith of Pastafarians—parodying certain biblical literalists.[40] When scientific measurements such as radiocarbon dating are taken, the Flying Spaghetti Monster "is there changing the results with His Noodly Appendage".[13]

## Afterlife

The Pastafarian conception of Heaven includes a beer volcano and a stripper (or sometimes prostitute) factory.[39] The Pastafarian Hell is similar, except that the beer is stale and the strippers have sexually transmitted diseases.[41]

## Pirates and global warming

According to Pastafarian beliefs, pirates are "absolute divine beings" and the original Pastafarians.[13] Furthermore, Pastafarians believe that the concept of pirates as "thieves and outcasts" is misinformation spread by Christian theologians in the Middle Ages and by Hare Krishnas. Instead, Pastafarians believe that they were "peace-loving explorers and spreaders of good will" who distributed candy to small children, adding that modern pirates are in no way similar to "the fun-loving buccaneers from history". In addition, Pastafarians believe that ghost pirates are responsible for all of the mysteriously lost ships and planes of the Bermuda Triangle. Pastafarians celebrate International Talk Like a Pirate Day on September 19.[42]





A misleading graph that is claimed to correlate the number of pirates with global temperature

The inclusion of pirates in Pastafarianism was part of Henderson's original letter to the Kansas State Board of Education, in an effort to illustrate that correlation does not imply causation.[43] Henderson presented the argument that "global warming, earthquakes, hurricanes, and other natural disasters are a direct effect of the shrinking numbers of pirates since the 1800s".[13] A deliberately misleading graph accompanying the letter (with numbers humorously disordered on the $x$-axis) shows that as the number of pirates decreased, global temperatures increased. This parodies the suggestion from some religious groups that the high numbers of disasters, famines, and wars in the world is due to the lack of respect and worship toward their deity. In 2008, Henderson interpreted the growing pirate activities at the Gulf of Aden as additional support, pointing out that Somalia has "the highest number of pirates *and* the lowest carbon emissions of any country".[44]

## Holidays

Pastafarian beliefs extend into lighthearted religious ceremony. Pastafarians celebrate every Friday as a holy day.[19] Prayers are concluded with a final declaration of affirmation, "R'amen" (or "rAmen"); the term is a parodic portmanteau of the terms "Amen" and "Ramen", referring to instant noodles and to the "noodly appendages" of their parodic deity.[9]

Around the time of Christmas, Hanukkah, and Kwanzaa, Pastafarians celebrate a vaguely defined holiday named "Holiday". Holiday does not take place on "a specific date so much as it is the Holiday season, itself". Because Pastafarians "reject dogma and formalism", there are no specific requirements for Holiday. Pastafarians celebrate Holiday in any manner they please.[45] Pastafarians also celebrate "Pastover" as a parody of Passover,[46][47][48] and "Ramendan" as a parody of Ramadan.[49][50][51]



An alternative tree-topper for Pastafarians, handmade from pipe cleaners and pom poms.

Pastafarians interpret the increasing usage of "Happy Holidays", rather than more traditional greetings (such as "Merry Christmas"), as support for Pastafarianism.[45] In December 2005, George W. Bush's White House Christmas greeting cards wished people a happy "holiday season",[52] leading Henderson to write the President a note of thanks, including a "fish" emblem depicting the Flying Spaghetti Monster for his limousine or plane.[53] Henderson also thanked Walmart for its use of the phrase.[54]

## Books

### *The Gospel of the Flying Spaghetti Monster*

In December 2005 Bobby Henderson received a reported US$80,000 advance from Villard to write *The Gospel of the Flying Spaghetti Monster*. Henderson said he planned to use proceeds from the book to build a pirate ship, with which he would spread the Pastafarian religion.[35][55] The book was released on March 28, 2006,[56] and elaborates on Pastafarian beliefs established in the open letter.[57] Henderson employs satire to present perceived flaws with evolutionary biology and discusses history and lifestyle from a Pastafarian perspective. The gospel



*The Gospel of the Flying Spaghetti Monster*

urges readers to try Pastafarianism for thirty days, saying, "If you don't like us, your old religion will most likely take you back".[32][58] Henderson states on his website that more than 100,000 copies of the book have been sold.[59]

*Scientific American* described the gospel as "an elaborate spoof on Intelligent Design" and "very funny". In 2006, it was nominated for the Quill Award in Humor, but was not selected as the winner.[59] Wayne Allen Brenner of *The Austin Chronicle* characterized the book as "a necessary bit of comic relief in the overly serious battle between science and superstition".[57] Simon Singh of *The Daily Telegraph* wrote that the gospel "might be slightly repetitive...but overall it is a brilliant, provocative, witty and important gem of a book".[32]

Casey Luskin of the Discovery Institute, which advocates intelligent design, labeled the gospel "a mockery of the Christian New Testament".[60]

## The Loose Canon

In September 2005, before Henderson had received an advance to write the *Gospel of the Flying Spaghetti Monster*, a Pastafarian member of the Venganza forums known as Solipsy, announced the beginning of a project to collect texts from fellow Pastafarians to compile into the *Loose Canon, the Holy Book of the Church of the Flying Spaghetti Monster*, essentially analogous to the Bible.[61] The book was completed in 2010 and was made available for download.[62]

Some excerpts from *The Loose Canon* include:

> I am the Flying Spaghetti Monster. Thou shalt have no other monsters before Me. (Afterwards is OK; just use protection.) The only Monster who deserves capitalization is Me! Other monsters are false monsters, undeserving of capitalization.
>
> — *Suggestions* 1:1

> "Since you have done a half-ass job, you will receive half an ass!" The Great Pirate Solomon grabbed his ceremonial scimitar and struck his remaining donkey, cleaving it in two.
>
> — *Slackers* 1:51–52

# Influence

## As a cultural phenomenon

The Church of the Flying Spaghetti Monster now consists of thousands of followers,[43] primarily concentrated on college campuses in North America and Europe.[63] According to the Associated Press, Henderson's website has become "a kind of cyber-watercooler for opponents of intelligent design". On it, visitors track meetings of pirate-clad Pastafarians, sell trinkets and bumper stickers, and sample photographs that show "visions" of the Flying Spaghetti Monster.[64]



In August 2005, the Swedish concept designer Niklas Jansson created an adaptation of Michelangelo's *The Creation of Adam*, superimposing the Flying Spaghetti Monster over God. This became and remains the Flying Spaghetti Monster's de facto brand image.[29] The Hunger Artists Theatre Company produced a comedy called *The Flying Spaghetti Monster Holiday Pageant* in December 2006, detailing the history of Pastafarianism.[65] The production has spawned a sequel called *Flying Spaghetti Monster Holy Mug of Grog*, performed in December 2008.[66] This communal activity attracted the attention of three University of Florida religious scholars, who assembled a panel at the 2007 American Academy of Religion meeting to discuss the Flying Spaghetti Monster.[63]



Flying Spaghetti Monster contingent preparing for the 2009 Summer Solstice Parade and Pageant in Fremont, Seattle, Washington



Handmade knitted and felted Flying Spaghetti Monster

In November 2007, four talks about the Flying Spaghetti Monster were delivered at the American Academy of Religion's annual meeting in San Diego.[67] The talks, with titles such as *Holy Pasta and Authentic Sauce: The Flying Spaghetti Monster's Messy Implications for Theorizing Religion*, examined the elements necessary for a group to constitute a religion. Speakers inquired whether "an anti-religion like Flying Spaghetti Monsterism [is] actually a religion".[63] The talks were based on the paper, *Evolutionary Controversy and a Side of Pasta: The Flying Spaghetti Monster and the Subversive Function of Religious Parody*,[20] published in the GOLEM Journal of Religion and Monsters.[40] The panel garnered an audience of one hundred of the more than 9,000 conference attendees, and conference organizers received critical e-mails from Christians offended by it.[68]

Since October 2008, the local chapter of the Church of the Flying Spaghetti Monster has sponsored an annual convention called Skepticon on the campus of Missouri State University.[69] Atheists and skeptics give speeches on various topics, and a debate with Christian experts is held. Organizers tout the event as the "largest gathering of atheists in the Midwest".[70]

The Moldovan-born poet, fiction writer, and culturologist Igor Ursenco entitled his 2012 poetry book *The Flying Spaghetti Monster (thriller poems)*.

On the nonprofit microfinancing site, Kiva, the Flying Spaghetti Monster group is in an ongoing competition to top all other "religious congregations" in the number of loans issued via their team. The group's motto is "Thou shalt share, that none may seek without funding,"[71] an allusion to the Loose Canon which states "Thou shalt share, that none may seek without finding."[72][73] As of September 2016 it reported to have funded US$3,160,000 in loans.[74]

*Bathyphysa conifera*, a siphonophore, has been called "Flying Spaghetti Monster" in reference to the FSM.[75][76]

## Use in religious disputes

Owing to its popularity and media exposure, the Flying Spaghetti Monster is often used as a modern version of Russell's teapot.[77][78] Proponents argue that, since the existence of the invisible and undetectable Flying Spaghetti Monster—similar to other proposed supernatural beings—cannot be falsified, it demonstrates that the burden of proof rests on those who affirm the existence of such beings. Richard Dawkins explains, "The onus is on somebody who says, I want to believe in God, Flying Spaghetti Monster, fairies, or whatever it is. It is not up to us

to disprove it."[77] Furthermore, according to Lance Gharavi, an editor of *The Journal of Religion and Theater*, the Flying Spaghetti Monster is "ultimately...an argument about the arbitrariness of holding any one view of creation", since any one view is equally as plausible as the Flying Spaghetti Monster.[19] A similar argument was discussed in the books *The God Delusion* and *The Atheist Delusion*.[79][80]

In December 2007 the Church of the Flying Spaghetti Monster was credited with spearheading successful efforts in Polk County, Florida, to dissuade the Polk County School Board from adopting new science standards on evolution. The issue was raised after five of the seven board members declared a personal belief in intelligent design. Opponents describing themselves as Pastafarians e-mailed members of the Polk County School Board demanding equal instruction time for the Flying Spaghetti Monster.[81] Board member Margaret Lofton, who supported intelligent design, dismissed the e-mail as ridiculous and insulting, stating, "they've made us the laughing stock of the world". Lofton later stated that she had no interest in engaging with the Pastafarians or anyone else seeking to discredit intelligent design. As the controversy developed, scientists expressed opposition to intelligent design. In response to hopes for a new "applied science" campus at the University of South Florida in Lakeland, university vice president Marshall Goodman expressed surprise, stating, "[intelligent design is] not science. You can't even call it pseudo-science." While unhappy with the outcome, Lofton chose not to resign over the issue. She and the other board members expressed a desire to return to the day-to-day work of running the school district.[11]

# Legal status

National branches of the Church of the Flying Spaghetti Monster have been striving in many countries to have FSMism become an officially (legally) recognized religion, with varying degrees of success. Pastafarianism/FSMism is recognized as a religion in The Netherlands,[4] and New Zealand, where Pastafarian representatives have been authorized to celebrate weddings.[5][6]

A federal court in the US state of Nebraska ruled that Flying Spaghetti Monster is a satirical parody religion, rather than an actual religion, and as a result, Pastafarians are not entitled to religious accommodation under the Religious Land Use and Institutionalized Persons Act:

> "This is not a question of theology," the ruling reads in part. "The FSM Gospel is plainly a work of satire, meant to entertain while making a pointed political statement. To read it as religious doctrine would be little different from grounding a 'religious exercise' on any other work of fiction."[82]

Pastafarians have used their claimed faith as a test case to argue for freedom of religion, and to oppose government discrimination against people who do not follow a recognized religion.

## Marriage

The Church of the Flying Spaghetti Monster operates an ordination mill on their website which enables officiates in jurisdictions where credentials are needed to officiate weddings.[83] Pastafarians say that separation of church and state precludes the government from arbitrarily labelling one denomination religiously valid but another an ordination mill. In November 2014, Rodney Michael Rogers and Minneapolis-based Atheists for Human Rights sued Washington County, Minnesota under the Fourteenth Amendment equal protection clause and the First Amendment free speech clause, with their attorney claiming discrimination against atheists: "When the statute clearly permits recognition of a marriage celebrant whose religious credentials consist of nothing more than a $20 'ordination' obtained from the Church of the Flying Spaghetti Monster... the requirement is absolutely meaningless in terms of ensuring the qualifications of a marriage celebrant."[84] A few days prior to a hearing on the matter, Washington County changed its policy to allow Rogers his ability to officiate weddings. This action was done in an



effort to deny the court jurisdiction on the underlying claim. On May 13, 2015 the Federal Court held that the issue had become moot and dismissed the case. *Atheists for Human Rights v. County of Washington, MN* (D. Minn. 2015) ("Court holds case is mooted."). Text (http://www.leagle.com/decision/In%20FDCO%2020150514A61/ATH EISTS%20FOR%20HUMAN%20RIGHTS%20v.%20COUNTY%20OF%20WASHINGTON) The first legally-recognized Pastafarian wedding occurred in New Zealand on April 16, 2016.[6]

## Free speech

In March 2007, Bryan Killian, a high school student in Buncombe County, North Carolina, was suspended for wearing "pirate regalia" which he said was part of his Pastafarian faith. Killian protested the suspension, saying it violated his First Amendment rights to religious freedom and freedom of expression.[85] "If this is what I believe in, no matter how stupid it might sound, I should be able to express myself however I want to", he said.[20][86]



A Pastafarian dressed in pirate regalia

In March 2008, Pastafarians in Crossville, Tennessee, were permitted to place a Flying Spaghetti Monster statue in a free speech zone on the courthouse lawn, and proceeded to do so.[87][88][89] The display gained national interest on blogs and online news sites and was even covered by *Rolling Stone* magazine. It was later removed from the premises, along with all the other long-term statues, as a result of the controversy over the statue.[90] In December 2011, Pastafarianism was one of the multiple denominations given equal access to placing holiday displays on the Loudoun County courthouse lawn, in Leesburg, Virginia.[91]

In 2012, Tracy McPherson of the Pennsylvanian Pastafarians petitioned the Chester County, Pennsylvania Commissioners to allow representation of the FSM at the county courthouse, equally with a Jewish menorah and a Christian nativity scene. One commissioner stated that either all religions should be allowed or no religion should be represented, but without support from the other commissioners the motion was rejected. Another commissioner stated that this petition garnered more attention than any he had seen before.[92][93]

On September 21, 2012, Pastafarian Giorgos Loizos was arrested in Greece on charges of malicious blasphemy and offense of religion for the creation of a satirical Facebook page called "Elder Pastitsios", based on a well-known deceased Greek Orthodox monk, Elder Paisios, where his name and face were substituted with pastitsio – a local pasta and béchamel sauce dish. The case, which started as a Facebook flame, reached the Greek Parliament and created a strong political reaction to the arrest.[94][95][96][97][98][99]

In August 2013, Christian Orthodox religious activists attacked a peaceful rally that Russian Pastafarians had organized, knocking people at the rally to the ground. Police arrested and charged eight of the Pastafarians,[100][101] one of whom later complained that they were arrested "just for walking".[102][103]

In February 2014, union officials at London South Bank University forbade an atheist group to display posters of the Flying Spaghetti Monster at a student orientation conference and later banned the group from the conference, leading to complaints about interference with free speech.[104][105] The Students' Union subsequently apologized.[106]

In November 2014, the Church of the FSM obtained city signage in Templin, Germany, announcing the time of Friday's weekly *Nudelmesse* ("pasta mass"), alongside signage for various Catholic and Protestant Sunday services.[107]

## Headgear in identity photos



Pastafarian protester wears a colander while showing an icon of the Flying Spaghetti Monster

In July 2011 Austrian pastafarian Niko Alm won the legal right to be shown in his driving license photo wearing a pasta strainer on his head, after three years spent pursuing permission and obtaining an examination certifying that he was psychologically fit to drive. He got the idea after reading that Austrian regulations allow headgear in official photos only when it is worn for religious reasons.[12][108][109] Some sources report that the colander in the form of pasta strainer, was recognised by Austrian authorities as a religious headgear of the parody religion Pastafarianism in 2011.[110][111] This was denied by Austrian authorities, saying that religious motives were not the reason to grant the permission of wearing the headgear in a passport.[112]

In February 2013, a self-declared Pastafarian was denied the right to wear a spaghetti strainer on his head for his driver's license photo by the New Jersey Motor Vehicle Commission, which stated that a pasta strainer was not on a list of approved religious headwear.[113]

In March 2013 a Belgian's identity photos were refused by the local and national administrations because he wore a pasta strainer on his head.[114]

In July 2013 a member of the Czech Pirate Party from Brno in the Czech Republic was given permission to wear a pasta strainer on his head for the photograph on his official ID card.[115] The Brno City Hall spokesman explained, "The application complies with the laws...where headgear for religious or medical reasons is permitted if it doesn't hide the face."[116]

In August 2013 Eddie Castillo, a student at Texas Tech University, got approval to wear a pasta strainer on his head in his driver's license photo. He said, "You might think this is some sort of a gag or prank by a college student, but thousands, including myself, see it as a political and religious milestone for all atheists everywhere."[117]

In January 2014 a member of the Pomfret, New York Town Council wore a colander while taking the oath of office.[118][119][120]

In June 2014 a New Zealand man obtained a driver's license with a photograph of himself wearing a blue spaghetti strainer on his head. This was granted under a law allowing the wearing of religious headgear in official photos.[121]

In November 2014 former porn star Asia Carrera obtained an identity photo with the traditional Pastafarian headgear from a Department of Motor Vehicles office in Hurricane, Utah. The director of Utah's Driver License Division says that about a dozen Pastafarians have had their state driver's license photos taken with a similar pasta strainer over the years.[122]

In November 2015 Massachusetts resident Lindsay Miller was allowed to wear a colander on her head in her driver's license photo after she cited her religious beliefs. Miller (who resides in Lowell) said on Friday, November 13 that she "absolutely loves the history and the story" of Pastafarians, whose website says has existed in secrecy for hundreds of years and entered the mainstream in 2005.[123] Ms. Miller was represented in her quest by The American Humanist Association's Appignani Humanist Legal Center.[124]

In January 2016 Russian Pastafarian Andrew Filin got a driver's license with his photo in a colander.[125]

The Czech Republic recognised this as religious headgear in 2013.[126]

Some anti-clerical protesters wore colanders to Piazza XXIV Maggio square in Milan, Italy, on June 2, 2012, in mock obedience to the Flying Spaghetti Monster.[127]

## Critical reception

According to Justin Pope of the *Associated Press*,



A woman wearing a colander as Pastafarian headgear

> Between the lines, the point of the letter was this: there's no more scientific basis for intelligent design than there is for the idea an omniscient creature made of pasta created the universe. If intelligent design supporters could demand equal time in a science class, why not anyone else? The only reasonable solution is to put nothing into sciences classes but the best available science.

— Justin Pope[63]



U.S. Army ID tag (dog tag) listing "Atheist/FSM" as the religious/belief system preference

Justin Pope praised the Flying Spaghetti Monster as "a clever and effective argument".[64] Simon Singh of the *Daily Telegraph* described the Flying Spaghetti Monster as "a masterstroke, which underlined the absurdity of Intelligent Design", and applauded Henderson for "galvanis[ing] a defence of science and rationality".[32] Sarah Boxer of the *New York Times* said that Henderson "has wit on his side".[10] In addition, the Flying Spaghetti Monster was mentioned in an article footnote of the *Harvard Civil Rights-Civil Liberties Law Review* as an example of evolution "enter[ing] the fray in popular culture", which the author deemed necessary for evolution to prevail over intelligent design.[128] The abstract of the paper, *Evolutionary Controversy and a Side of Pasta: The Flying Spaghetti Monster and the Subversive Function of Religious Parody*, describes the Flying Spaghetti Monster as "a potent example of how monstrous humor can be used as a popular tool of carnivalesque subversion".[40] Its author praised Pastafarianism for its "epistemological humility".[20] Moreover, Henderson's website contains numerous endorsements from the scientific community.[129] As Jack Schofield of *The Guardian* noted, "The joke, of course, is that it's arguably more rational than Intelligent Design."[130]

Casey Luskin of the Discovery Institute, which promotes intelligent design, contested this, saying, "the problem for their logic is that ID is not an arbitrary explanation, because we have much experience with intelligent agents producing the type of informational complexity we see in nature."[131] Columnist Jeff Jacoby wrote in *The Boston Globe* that intelligent design "isn't primitivism or Bible-thumping or flying spaghetti. It's science."[132] This view of science, however, was rejected by the United States National Academy of Sciences.[133] Peter Gallings of Answers in Genesis, a Young Earth Creationist ministry said "Ironically enough, [Pastafarians], in addition to mocking God himself, are lampooning the Intelligent Design Movement for not identifying a specific deity—that

is, leaving open the possibility that a spaghetti monster could be the intelligent designer... Thus, the satire is possible because the Intelligent Design Movement hasn't affiliated with a particular religion, exactly the opposite of what its other critics claim!"[134] Mark Coppenger, a pastor who teaches at the Southern Baptist Theological Seminary, commented, "I'm happy to say I think FSM hurts the evolutionists' program since, by mocking the Christian tradition... it reinforces the correct impression that there is genuine contempt for biblical faith in that camp... Besides, the parody is lame, and there are few things more encouraging than cheap shots from one's opponents."[19]

# See also

- Church of the SubGenius
- Dinkoism
- Discordianism
- Dudeism
- Evolution as fact and theory
- Human timeline
- Intelligent falling
- Invisible Pink Unicorn
- Life timeline
- Missionary Church of Kopimism
- Nature timeline
- Reductio ad absurdum

# Notes

1. Jansson, Arne Niklas. "Touched by His Noodly Appendage". *Android Arts*. Retrieved 2012-11-25.
2. "Profile of Arne Niklas Jansson". *Android Arts*. Retrieved 2012-11-25.
3. Henderson, Bobby. "About". *The Church of the Flying Spaghetti Monster*. Retrieved 2012-08-10.
4. [1] (http://metro.co.uk/2016/01/28/the-netherlands-has-recognised-the-church-of-the-flying-spaghetti-monster-as-a-religion-5649017/)
5. Jones, Nicholas (Feb 26, 2016). "First Pastafarian celebrant can help couples get noodley knotted". *New Zealand Herald*. Retrieved 2016-06-24.
6. New Zealand: Pastafarian marriage ceremonies approved (http://www.bbc.com/news/blogs-news-from-elsewhere-35112484)
7. "New Zealand stages first Pastafarian wedding on pirate boat". BBC. 2016-04-16. Retrieved 2016-04-16.
8. [2] (https://www.rt.com/usa/339519-judge-flying-spaghetti-god/)
9. "In the beginning there was the Flying Spaghetti Monster". *The Daily Telegraph*. London. September 11, 2005. Retrieved 2009-12-19.
10. Boxer, Sarah (2005-08-29). "But Is There Intelligent Spaghetti Out There?". *The New York Times Arts article*. Retrieved 2007-02-05.
11. Billy Townsend (March 27, 2013). "Polk Needled, Noodled In Evolution Flap". The Tampa Tribune. Retrieved 7 September 2016.
12. "Austrian Pastafarian dons colander as religious headgear for drivers license". *english.alarabiya.net*. 2011. Retrieved 22 July 2011.
13. Henderson, Bobby (2005). "Open Letter To Kansas School Board". Venganza.org. Archived from the original on 2007-04-07.
14. Sagan, Carl (1995). *The Demon-Haunted World – Science as a Candle in the Dark*. New York: Random House. ISBN 0-394-53512-X.
15. "Discussion of the Open Letter". Henderson, Bobby. Retrieved 2007-04-07.
16. Carole M. Cusack (15 September 2010). *Invented Religions: Imagination, Fiction and Faith*. Ashgate Publishing, Ltd. p. 113. ISBN 978-0-7546-6780-3. Retrieved 8 May 2011.
17. "Verbatim: Noodle This, Kansas". The Washington Post. August 28, 2005.
18. Page, Clarence (November 15, 2005). "Keeping ID out of science classes". The Dallas Morning News. Archived from the original on 2008-06-04.
19. Vergano, Dan (2006-03-27). " "Spaghetti Monster" is noodling around with faith". *USA Today Science & Space article*. Retrieved 2007-02-05.
20. Pitts, Russ (2005-09-16). "In His Name We Pray, Ramen". *Escapist magazine*. Retrieved 26 November 2009.
21. "Kansas School Board Responses to the Open Letter". Henderson, Bobby. June 25, 2005. Retrieved 2006-01-09.



22. "The Flying Spaghetti Monster". *h2g2*. BBC. 2007-02-01. Retrieved 26 November 2009.
23. Frauenfelder, Mark (2006-07-31). "FSM hate mail". *BoingBoing*. Retrieved 31 December 2009.
24. Scrivener, Leslie (2007-01-07). "In praise of an alternate creation theory: The Church of the Flying Spaghetti Monster gains infamy and faith". *Toronto Star*. Retrieved 31 December 2009.
25. Henderson, Bobby (August 2006). "Comment on the Open Letter". *Church of the Flying Spaghetti Monster*. Retrieved 30 December 2009.
26. "DIY Flying Spaghetti Monster bumper sticker". Archived from the original on November 26, 2005.
27. "Flying Spaghetti Monster bumper sticker, Version 1.1". Archived from the original on 2005-08-22.
28. "A Tangled Tale of a Pasta-based Prophet". Der Spiegel. 2005-08-24. Retrieved 2007-09-08. "[FSM] has certainly caught the imagination of the online community [...] Henderson receives over 150 emails from supporters every day."
29. Narizny, Laurel (October 2009). "Ha Ha, Only Serious: A Preliminary Study of Joke Religions". *Department of Religious Studies And the Honors College of the University of Oregon*. University of Oregon. pp. 42–49. Retrieved 25 November 2009.
30. "The Flying Spaghetti Monster". New Scientist. August 6, 2005.
31. Rothschild, Scott (August 24, 2005). "Evolution debate creates monster". *Lawrence Journal-World*.
32. Singh, Simon (2006-09-03). "Was the world created by god, evolution or pasta?". *The Daily Telegraph*. London. Retrieved 28 November 2009.
33. "Boing Boing's $250,000 Intelligent Design challenge". BoingBoing.net. August 19, 2005. Retrieved 2006-06-11.
34. Kent Hovind. "Dr. Hovind's $250,000 Offer". Retrieved 14 March 2012.
35. Wolff, Eric (November 16, 2005). "The Case For Intelligent Design: Spaghetti as the Creator". *New York*.
36. Slevin, Peter (November 9, 2005). "Kansas Education Board First to Back "Intelligent Design" ". *The Washington Post*. Retrieved 2010-05-02.
37. "Kansas board boosts evolution education". MSNBC. February 14, 2007.
38. Thierman, Jessica (September 18, 2005). "Touched by his Noodly Appendage". Gelf Magazine.
39. DuBay, Tim (2005). "Guide to Pastafarianism" (Shockwave Flash). Retrieved 2006-08-26.
40. Van Horn, Gavin; Lucas Johnston (2007). "Evolutionary Controversy and a Side of Pasta: The Flying Spaghetti Monster and the Subversive Function of Religious Parody". *GOLEM: Journal of Religion and Monsters*. **2** (1).
41. *The Gospel of the Flying Spaghetti Monster*, p.83.
42. *The Gospel of the Flying Spaghetti Monster*, p.124.
43. Savino, John; Marie D. Jones (2007). "Wrath of the Gods". *Supervolcano: The Catastrophic Event That Changed the Course of Human History: Could Yellowstone Be Next*. Career Press. p. 56. ISBN 978-1-56414-953-4. Retrieved 2009-11-25.
44. "Somalia — Lots of pirates, low carbon emissions". www.venganza.org. April 14, 2008. Retrieved 10 December 2008.
45. Henderson, Bobby (2006-12-01). "Happy Holiday Season Everyone". *Church of the Flying Spaghetti Monster*. Retrieved 25 November 2009.
46. "Questions on FSM Holidays". Venganza.org. 2008. Retrieved 2011-03-29.
47. "A question about Pastover". Venganza.org. 2010. Retrieved 2011-03-29.
48. "RD Magazine".
49. "Ramendan". Venganza.org. 2008. Retrieved 2011-03-29.
50. "El Pais".
51. "Death and Taxes magazine". *Death and Taxes*.
52. Cooperman, Alan (2005-12-07). " 'Holiday' Cards Ring Hollow for Some on Bushes' List". *The Washington Post*. Retrieved 25 November 2009.
53. Henderson, Bobby (December 2006). "FSM Card for Bush". *Church of the Flying Spaghetti Monster*. Retrieved 25 November 2009.
54. *The Gospel of the Flying Spaghetti Monster*, p.125.
55. Craig, Katleen (December 22, 2005). "Passion of the Spaghetti Monster". Wired News.
56. "The Gospel of the Flying Spaghetti Monster". Random House. 2009. Retrieved 2009-10-18.
57. Brenner, Wayne (2006-04-14). "The Gospel of the Flying Spaghetti Monster". *The Austin Chronicle*. Retrieved 2009-10-18.
58. *The Gospel of the Flying Spaghetti Monster*, p.xiv.
59. Henderson, Bobby (2006). "The FSM Book". *Church of the Flying Spaghetti Monster*. Venganza.org. Archived from the original on 27 April 2010. Retrieved 2009-10-18.
60. Luskin, Casey (2006-12-25). " "Celebrating" Christmas at the "Church of the Flying Spaghetti Monster" ". *Evolution News & Views*. Discovery Institute. Retrieved 26 November 2009.
61. "The Big Announcement". Venganza.org. 2005. Retrieved 2010-04-25.



62. The Most Inspired DaveL (2010). "The Loose Canon, A Really Important Collection of Words" (PDF). Evangelical Pastafarian Church. Retrieved 2014-01-09.
63. Pope, Justin (2007-11-16). "Pasta monster gets academic attention". MSNBC. Associated Press. Retrieved 2009-10-25.
64. "Religious Scholars to Discuss 'Flying Spaghetti Monster'". Fox News. Associated Press. 2007-11-16. Retrieved 26 November 2009.
65. "The Flying Spaghetti Monster Holiday Pageant". Hunger Artists Theatre Company. December 2006. Retrieved 2010-09-19.
66. "Hunger Artists Theatre Company's 2008 Season". Hunger Artists Theatre Company. November 2007. Retrieved 2010-09-19.
67. "Flying Spaghetti Monster Inspires Wonky Religious Debate". Wired. Associated Press. 2007-11-20. Retrieved 4 May 2010.
68. Dotinga, Randy (2007-11-20). "Flying Spaghetti Monster Inspires Wonky Religious Debate". *Wired Magazine*. San Diego. Archived from the original on December 2, 2009. Retrieved 20 December 2009.
69. "About the Event". *Skepticon Productions*. Springfield, MO: Missouri State Church of the Flying Spaghetti Monster. 2009. Archived from the original on March 18, 2009. Retrieved 21 December 2009.
70. "Atheists to gather at MSU for Skepticon this weekend". *The News Leader*. November 19, 2009. Archived from the original on August 17, 2014. Retrieved 21 December 2009.
71. "Kiva - Kiva Lending Team: Church of the Flying Spaghetti Monster". *Kiva*.
72. "- Official Site of The Loose Canon".
73. Jones, Brent (2009-07-31). "Atheists, 'Monster' fans say No to God, Yes to giving". *USA Today*. Retrieved 27 December 2009. "Sort by 'Religious Congregations' to find that, topping Kiva Mormons ($57,425) and Kiva Catholics ($59,625) is the squadron devoted to The Flying Spaghetti Monster ($81,725) who sign on to give because 'Thou shalt share, that none may seek without finding.'"
74. "Kiva Lending Team: Church of the Flying Spaghetti Monster". *Kiva*. Retrieved 7 September 2016. Loans, updated hourly.
75. "F*cking Strange Creature Discovered, Researchers Dub It 'The Flying Spaghetti Monster'". Viralthread.com. 2015-08-17. Retrieved 2015-08-28.
76. "'Flying Spaghetti Monster' Caught on Camera off Coast of Angola | Biology". Sci-News.com. 2015-08-15. Retrieved 2015-08-28.
77. Wolf, Gary (November 14, 2006). "The Church of the Non-Believers". Wired News.
78. MacKenzie, Richard (2007). "Is Faith the Enemy of Science?". *Physics in Canada*. **64** (103). arXiv:0807.3670 ⓰.
79. Dawkins, Richard (2006). "The God Hypothesis". *The God delusion*. Houghton Mifflin Harcourt. p. 53. ISBN 978-0-618-68000-9. Retrieved 2009-11-24. "I have found it an amusing strategy, when asked whether I am an atheist, to point out that the questioner is also an atheist when considering Zeus, Apollo, Amon Ra, Mithras, Baal, Thor, Wotan, the Golden Calf and the Flying Spaghetti Monster. I just go one god further."
80. Fernandes, Phil (2009). "The New, Militant Atheism". *The Atheist Delusion*. Xulon Press. p. 18. ISBN 978-1-60791-582-9. Retrieved 2009-11-24. "The new atheists have made their choice—apparently, no amount of evidence for God will change their minds. They claim that the existence of God is as ridiculous as the existence of a flying spaghetti monster."
81. John Chambliss (2007-12-11). "Satirical Monsters More Competition for Darwin". The Ledger. Retrieved 2007-12-13.
82. "Cavanaugh v Bartelt". *United States District Court for the District of Nebraska*. 12 April 2016. Retrieved 2016-04-14.
83. Wright, Kimberly (2014-01-08). "You, too, can become a minister - online - KPTV - FOX 12". KPTV. Retrieved 2015-08-28.
84. "Atheists sue Washington County over denial to perform marriages". Star-Tribune.
85. Schrader, Jordan (2007-03-29). "School: Pirates are not welcome". *Citizen-Times*. Retrieved 26 November 2009.
86. "Student punished for spaghetti beliefs". *Metro*. Associated Newspapers Ltd. 2007-03-29. Retrieved 31 December 2009.
87. "Flying Spaghetti Monster statue at Tennessee courthouse". CNET Networks,. April 2008. Retrieved 2008-04-02.
88. "Flying Spaghetti Monster takes up residence at county courthouse » Crossville Chronicle, Crossville, TN". Web.archive.org. Retrieved 2015-08-28.
89. Movies (2008-04-01). "Flying Spaghetti Monster Lands Outside Tennessee Courthouse". WIRED. Retrieved 2015-08-28.
90. Nelson, Gary (2008-04-15). "Courthouse No Longer Hosting Free Speech Displays". *The Crossville Chronicle*. Retrieved 10 July 2008.
91. "Virginia Holiday Battle Includes Church of the Flying Spaghetti Monster - ABC News". Abcnews.go.com. 2011-12-21. Retrieved 2015-08-28.
92. "Pennsylvanian Pastafarians fight for Holiday Display". Retrieved 2012-12-02.

...

93. "Pasta-loving 'church' tests Pa. holiday display". SF Gate. Archived from the original on December 2, 2012. Retrieved 2012-12-02.
94. "24-09-2012:Η Δίωξη Ηλεκτρονικού Εγκλήματος συνέλαβε 27χρονο ημεδαπό για κακόβουλη βλασφημία και καθύβριση θρησκευμάτων, μέσω του Facebook" [Cyber Crimes Division arrested 27-year-old local for malicious blasphemy and offense of religion, via Facebook] (in Greek). Greek Police. September 24, 2012. Retrieved October 2, 2012.
95. Fidalgo, Paul (September 28, 2012). " "Elder Pastitsios" Arrest Rekindles Debate on Blasphemy Laws in Greece". Center For Inquiry. Retrieved September 30, 2012.
96. ΔΗΜΑΡ: Με τη σύλληψη του "Παστίτσιου" το κράτος ακολουθεί τη Χρυσή Αυγή [Democratic Left: With the arrest of "Pastitsios" the State follows Golden Dawn] (in Greek). iefimerida. September 24, 2012. Retrieved September 30, 2012.
97. Ερώτηση ΣΥΡΙΖΑ στη Βουλή για τον "Γέροντα Παστίτσιο" [SYRIZA Questions Parliament on "Geron Pastitsios"] (in Greek). newsbomb.gr. September 26, 2012. Retrieved September 30, 2012.
98. *Blogger supporters angry at blasphemy arrest in Greece*. Athens, Greece: athensnewsweb. September 28, 2012. Retrieved September 30, 2012.
99. *Περιφορά Ιερού Σκηνώματος (τάβλα) Γέροντος Παστίτσιου στη χριστεπώνυμη συνοικία των Εξαρχείων (Procession of the Holy Relic (stiff) of Elder Pastitsios in the christian named Athenian neighborhood of Exarchia)*. Athens, Greece: risinggalaxy. September 28, 2012. Retrieved September 30, 2012.
100. "Humor failure in Russia: Crackdown on 'Pastafarians' shows Kremlin-church ties - NBC News". *NBC News*.
101. "Russia Pastafarian Rally Of Church Of The Flying Spaghetti Monster Attacked By Police". *The Huffington Post*.
102. First they began gunning for The Gays, now religious Russian zealots are attacking ... Pastafarians. (http://freethinker.co.uk/2013/08/19/first-they-began-gunning-for-the-gays-now-religious-russian-zealots-are-attacking-pastafarians/) The Freethinker
103. Russian riot police detain eight Pastafarians during 'pasta procession' in Moscow (http://www.rawstory.com/rs/2013/08/18/russian-riot-police-detain-eight-pastafarians-during-pasta-procession-in-moscow/)Humor failure in Russia: Crackdown on 'Pastafarians' shows Kremlin-church ties (http://www.nbcnews.com/news/world/humor-failure-russia-crackdown-pastafarians-shows-kremlin-church-ties-v20153441)
104. Satirical spaghetti monster image banned by London South Bank University as 'religiously offensive' (https://humanism.org.uk/2014/02/10/satirical-spaghetti-monster-image-banned-london-south-bank-university-religiously-offensive/) Free speech outcry as images of the Flying Spaghetti Monster are banned from London South Bank University for offending religious people (http://www.independent.co.uk/student/news/free-speech-outcry-as-images-of-the-flying-spaghetti-monster-are-banned-from-london-south-bank-university-for-offending-religious-people-9119958.html)
105. "Flying Spaghetti Monster Poster Removed From London South Bank University Atheist Society Stall". *The Huffington Post UK*.
106. Ian Dunt. "Union apologises for censoring atheist 'Spaghetti Monster' poster". *politics.co.uk*.
107. 11/29/14 6:43am (2014-11-28). "The world's First Official Church of the Flying Spaghetti Monster". Observationdeck.io9.com. Retrieved 2015-08-28.
108. "Austrian driver allowed 'pastafarian' headgear photo". *BBC News*. 2011-07-14. Retrieved 26 July 2011.
109. Alm, N. (2011-07-12). "Heiliger Führerschein (transl: Holy License)". *Niko Alm*. Retrieved 10 August 2011.
110. BBC News, Austrian driver allowed 'pastafarian' headgear photo (http://www.bbc.co.uk/news/world-europe-14135523), 14 July 2011.
111. "Holy headgear! 'Pastafarian' wins legal fight". *NBC News*. July 14, 2011.
112. Der Standard, Innenministerium zu Nudelsieb am Kopf: Fall "Alm" bei Reisepässen möglich (http://derstandard.at/1310511326788/Skurriles-Fuehrerscheinfoto-Innenministerium-zu-Nudelsieb-am-Kopf-Fall-Alm-bei-Reisepaessen-moeglich), 15 July 2011 **(German)**
113. Knowles, David (22 February 2013). "New Jersey 'Pastafarian' denied right to wear spaghetti strainer on his head for drivers' license photo". *New York Daily News*. Retrieved 24 February 2013.
114. Tom Windey. "Limburger mag geen pastavergiet op zijn hoofd dragen voor pasfoto". *De Morgen*.
115. Pirate Party of the Czech Republic website (http://wiki.pp-international.net/Pirate_Party_of_the_Czech_Republic), accessed August 9, 2013.
116. Williams, Olivia (August 1, 2013). " 'I'm a Pastafarian': Man who claims his religion forces him to wear a sieve on his head given permission to wear one on his official identity card picture". *Mail Online*. London. Retrieved August 9, 2013.
117. Langston, Taylor (August 26, 2013). "Texas Tech student allowed to wear pasta strainer in driver's license photo". *KTLV*. Retrieved August 31, 2013.
118. Fox, Greg (January 3, 2014). " 'Strainer' things have happened". *The Observer, Dunkirk, NY*. Retrieved January 8, 2014.
119. Pastafarian politician takes oath of office wearing colander on his head (http://www.nydailynews.com/news/politics/pastafarian-politician-takes-oath-office-wearing-colander-head-article-1.1568877) - Daily News, January 7, 2014.



120. Pastafarian minister Christopher Schaeffer is sworn into New York Town Council (http://www.independent.co.uk/news/world/americas/pastafarian-minister-christopher-schaeffer-is-sworn-into-new-york-town-council-9044607.html) - The Independent, January 7, 2014.
121. http://www.patheos.com/blogs/friendlyatheist/2014/06/19/new-zealand-pastafarian-wears-colander-in-drivers-license-picture-much-to-the-delight-of-everyone/
122. Sadlier, Samantha (November 18, 2014). "Ex-porn star OK'd to wear colander in DMV photo". *The (St. George, Utah) Spectrum*. USA Today. Retrieved 19 November 2014.
123. "Pastafarian Wins License Battle". 13 November 2015. Retrieved 14 January 2016.
124. "Massachusetts Pastafarian Wins Right to Wear a Colander in Driver's License Photo, Thanks to Humanist Group". *AHA News*. American Humanist Association. 13 November 2015. Retrieved 14 January 2016.
125. " 'Pastafarian' wins right to wear colander in driving licence photo". *BBC*. 13 January 2016. Retrieved 14 January 2016.
126. Daily Mail Online, 'I'm a Pastafarian': Man who claims his religion forces him to wear a sieve on his head given permission to wear one on his official identity card picture (http://www.dailymail.co.uk/news/article-2382465/Im-Pastafarian-Man-claims-religion-forces-wear-sieve-head-given-permission-wear-official-identity-card-picture.html), 1 August 2013.
127. "Pastafarian protester carries an icon of the Flying Spaghetti Monster at Piazza XXIV Maggio square in Milan, Italy, on June 2 2012.". *Wikimedia Commons*.
128. Lee, Brendan (2006). "Kitzmiller v. Dover Area School District: Teaching Intelligent Design in Public Schools" (PDF). *Harvard Civil Rights-Civil Liberties Law Review*. Harvard Law School. **41**: 10. Retrieved 2009-12-27.
129. "Pass notes No 2,637 The Flying Spaghetti Monster". *The Guardian*. London. 2005-09-01. Retrieved 28 December 2009.
130. Schofield, Jack (2005-08-20). " 'Intelligent Design' and Pastafarianism". *The Guardian*. London. Retrieved 2010-09-19.
131. Luskin, Casey (2008-08-13). "The Proper Rebuttal to the Flying Spaghetti Monster: Cartoon Satire on South Park". *Evolution News & Views*. Discovery Institute. Retrieved 26 November 2009.
132. Jacoby, Jeff (2005-10-02). "The timeless truth of creation". *The Boston Globe*. Globe Newspaper Company. Retrieved 26 November 2009.
133. *Science and Creationism: A View from the National Academy of Sciences* (Second ed.), National Academy of Sciences, 1999, "Creationism, intelligent design, and other claims of supernatural intervention in the origin of life or of species are not science because they are not testable by the methods of science."
134. Gallings, Peter (2008-01-22). "The Flying Spaghetti Monster: A harmless joke, a substantial misunderstanding, or a sacrilegious quasi-caricature of the one true God?". *Answers in Genesis*. Archived from the original on August 22, 2009. Retrieved 23 December 2009.

# References

- Henderson, Bobby (2006). *The Gospel of the Flying Spaghetti Monster*. Villard Books. ISBN 0-8129-7656-8.

# External links

- Website of the Church of the Flying Spaghetti Monster (http://www.venganza.org/)
- Henderson's open letter to the Kansas Board of Education (http://www.venganza.org/about/open-letter/)
- The Flying Spaghetti Monster (http://spaghettimonster.com/)
- The P.A.S.T.A Foundation (https://www.thepastafoundation.org/)
- Church of the Flying Spaghetti Monster Australia (http://pastafarians.org.au/)
- Russian Pastafarian Church (http://rpcmp.ru/)
- Human Timeline (Interactive) (http://humanorigins.si.edu/evidence/human-evolution-timeline-interactive) – Smithsonian, National Museum of Natural History (August 2016).

Retrieved from "https://en.wikipedia.org/w/index.php?title=Flying_Spaghetti_Monster&oldid=738436842"

Categories: Pastafarianism | Criticism of religion | Fictional food characters | Intelligent design parodies | Internet memes | Religious parodies and satires | Creator gods | Fictional characters introduced in 2005