U.S. DISTRICT COURT

NORTHERN DISTRICT OF OHIO

3:16 CV 2268

JUDGE HELMICK

I a woman filing as claimant
AGENT CHARMAINE ROSE BASSETT

Claimant/Plaintiff

TOLEDO OHIO POLICE DEPT

Respondent/Defendant

MOTION FOR
RESTRAINING ORDER

A. A Permanent Restraining Order prohibiting all entry onto all property of ONAC of Anyana Kai and Aha Wahupta 3344 Secor Rd, Toledo, Oh 43606 B 106 without a valid search warrant issued by The U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO. Additionally, a valid search warrant will be signed by a Oath Bound Judge and will have affixed the actual hand written signature of said Juge, otherwise the search warrant is by law null and void, If the police, or any inspector claims that they found something that is in violation of any law that said inspectors or law enforcement officers be required to present said evidence to this court in open hearing so that Claimant can respond to said claims and to be able to assert their FIRST AMENDMENT RIGHTS OF FREEDOM OF RELIGION. That the officers and inspectors not be allowed to destroy, sell or distribute anything of the property (sacrament) seized without obtaining this court's approval. Additionally, that officers and inspectors be forced by a court order to provide proof of safe-keeping, as well as an auditable inventory of all assets, equipment, plants, files, or other property=evidences seized by agents, officers identified as police=law=enforcement, of the raid. That officers and inspectors be held in their public and private capacity financially responsible for any damages upon seized Church properties while in their custody or possession. 42 U.S.C. § 1983.

B. A Permanent Restraining Order prohibiting any entry onto all land=property of ONAC without a valid search warrant issued by this court with actual, readable wet ink signatures=autographs. Additionally, if the police or any inspector claims that they found something that is in violation of any law that said inspectors or law enforcement officers be required to present said evidence to this court in open hearing so that claimants can respond to said claims and to be able to assert their FIRST AMENDMENT RIGHTS OF FREEDOM OF RELIGION. That the officers and inspectors not be allowed to destroy, sell or distribute anything of the property (sacrament) seized without obtaining this court's approval. Additionally, that officers and inspectors be required by a court order to provide proof of safe-keeping, as well as an auditable inventory of all assets, equipment, plants, files, or other property=evidences seized during the raid on 21 August 2016. That officers and inspectors be held in their public and private

capacity financially responsible for any damages upon seized Church properties while in their custody or possession. 42 U.S.C. §1983 For an injunction prohibiting any further prosecution from *The Toledo Police Department* and all other agency's toward agent for charmaine rose bassett, all its church members and use of our earth based sacraments and ceremony's, be halted until the conclusion of this case.

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September in the Year of our Lord 2016 did serve the foregoing to the Toledo, Ohio Police Department

Attention Detective Bragg

*Charmaine Rose*
Claimant