IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Charmaine Rose Bassett, *Pro Se*, | Case No. 3:16 CV 2268 |
| Plaintiff, | <u>DISMISSAL ORDER</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Toledo, Ohio Police Department, | |
| Defendant. | |

This Court held a Record Hearing on September 20, 2016. Appearances: Charmaine Rose Bassett, Plaintiff *Pro Se*; Defendant representative Sergeant William Bragg present with counsel Jeff Charles and Adam Loukx. (Court Reporter: Tracy McGurk.)

Plaintiff filed a Motion for Temporary Restraining Order (Doc. 3) and subsequently a Motion to Withdraw from Court for Presentation to Grand Jury (Doc. 5). Defendant filed an Opposition to the Motion for Temporary Restraining Order (Doc. 6). This Court heard argument from both sides and denied both Motions (Doc. 3 and 5). See transcript for details.

No other claims remaining, this case is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 20, 2016