```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
 2                  WESTERN DIVISION

 3

 4  Charmaine Rose Bassett,  -    Case No. 3:16-cv-2268
                            -
 5      Plaintiff,          -    Toledo, Ohio
                            -    September 20, 2016
 6          v.              -    Hearing on Motion for
                            -      Temporary Restraining
 7  Toledo, Ohio Police Dept -     Order
                            -
 8      Defendant.          -
    -------------------------------
 9
                     TRANSCRIPT OF HEARING
10          BEFORE THE HONORABLE JACK ZOUHARY
                UNITED STATES DISTRICT JUDGE.
11
    APPEARANCES:
12
    For the Plaintiffs:  Charmaine Rose Bassett
13                       3344 Secor Road
                         Toledo, Ohio 43606
14                       (419) 720-2972
                         PRO SE
15
    For the Defendants:  City of Toledo - Department of Law
16                       By:  Jeffrey B. Charles
                         Suite 2250
17                       One Government Center
                         Toledo, Ohio 43604
18                       (419) 245-1020

19  Court Reporter:      Tracy L. McGurk, RMR, CRR
                         1716 Spielbusch Avenue
20                       Toledo, Ohio 43604
                         (419) 213-5520
21

22

23  Proceedings recorded by mechanical stenography,
    transcript produced by notereading.
24

25
```

1          (Commenced at 9:11 a.m.)

2          THE COURT:  We're here on case number

00:00:04   3  16-CV-2268 captioned Bassett v.  Toledo, Ohio Police

00:00:11   4  Department.

00:00:13   5          Is Plaintiff, Charmaine Rose Bassett, in the

00:00:16   6  courtroom?  Please, if you are, come forward and sit at

00:00:19   7  plaintiff's table.

00:00:20   8          MS. BASSETT:  I was going to ask permission

00:00:22   9  to come on board.

00:00:24  10          THE COURT:  You may -- not only may you have

00:00:26  11  permission; I'm ordering you to please come to, as my

00:00:29  12  deputy clerk previously asked you, to the table; because

00:00:32  13  otherwise, I won't hear from you.

00:00:36  14          MS. BASSETT:  Thank you.

00:00:37  15          THE COURT:  Thank you.

00:00:42  16          The record should reflect the Plaintiff is

00:00:44  17  now seated at plaintiff's table.  Seated at defendant's

00:00:47  18  table on behalf of the Toledo, Ohio Police Department is

00:00:53  19  Jeff Charles and Adam Loukx and Sergeant William Bragg.

00:00:59  20          This matter is scheduled this morning with

00:01:02  21  the following docket history:  The plaintiff is acting

00:01:08  22  pro se and has filed a Motion for a Temporary

00:01:12  23  Restraining Order; that is reflected on our docket as

00:01:16  24  document number 3.  Subsequent to filing that motion the

00:01:21  25  Plaintiff also filed a Motion to Withdraw from Court for

00:01:26  1   Presentation to Grand Jury; that is document number 5.

00:01:32  2          The Defendant has opposed the Motion for

00:01:37  3   Temporary Restraining Order/Preliminary Injunction.  The

00:01:42  4   Defendant has captioned that document as a Motion in

00:01:45  5   Opposition.

00:01:47  6          I'm going to ask the deputy clerk to clarify

00:01:50  7   that on the docket as not a motion; it is a Memorandum

00:01:53  8   in Opposition to.

00:01:56  9          I don't believe there's a separate motion

00:01:58  10  that the City has filed.  Do I have that correct?

00:02:01  11         MR. CHARLES:  That's correct, Your Honor.

00:02:03  12         THE COURT:  Thank you.

00:02:07  13         I'm prepared to address the pending motions

00:02:11  14  by the Plaintiff, the two motions, document number 3 and

00:02:15  15  document number 5, this morning.

00:02:17  16         I do have a question of clarification for --

00:02:23  17  shall I call you Ms. Bassett?

00:02:26  18         MS. BASSETT:  I, woman, Charmaine Rose.  You

00:02:29  19  may call me Charmaine.

00:02:30  20         THE COURT:  Charmaine, your document number

00:02:33  21  5, I need a clarification.  Are you asking the Court to

00:02:40  22  withdraw your Motion for Temporary Restraining Order,

00:02:44  23  document number 3?

00:02:46  24         MS. BASSETT:  What that was for was to put

00:02:49  25  it into a common law jurisdiction.

00:02:52  1          THE COURT:  Well, you're in Federal Court

00:02:54  2   jurisdiction.

00:02:55  3          MS. BASSETT:  I'm with common law.  There's

00:02:57  4   a jural assembly in the State of Ohio that has common

00:03:01  5   law jury members.

00:03:02  6          THE COURT:  Would you like to then withdraw

00:03:04  7   your motion in front of me and take your case to another

00:03:08  8   court?   Is that what you're asking me to do?

00:03:11  9          MS. BASSETT:  Well, what I'm asking is I'm

00:03:13  10  asking that we have our jural system combined.

00:03:17  11         THE COURT:  Well, I'm asking you to give me

00:03:19  12  a yes or no to my question.  My question is --

00:03:21  13         MS. BASSETT:  No, I'm not withdrawing.

00:03:23  14         THE COURT:  You're not withdrawing?

00:03:24  15         MS. BASSETT:  No.

00:03:25  16         THE COURT:  Okay.

00:03:25  17         MS. BASSETT:  But I'm also not consenting to

00:03:28  18  this Judge that you want to assign to me.  I'm

00:03:32  19  requesting a federal injunction to be moved to the

00:03:35  20  Court's dismissal of all charges with prejudice.

00:03:38  21          THE COURT:  When you say "Judge" --

00:03:41  22          MS. BASSETT:  Is this a court of record?

00:03:44  23          THE COURT:  We can't talk over each other.

00:03:46  24          MS. BASSETT:  I don't want to do that, Your

00:03:48  25  Honor.

| | | |
|---|---|---|
| 00:03:48 | 1 | THE COURT:  Take a breath. |
| 00:03:49 | 2 | MS. BASSETT:  I know. |
| 00:03:51 | 3 | THE COURT:  It's okay.  Everyone will have a |
| 00:03:54 | 4 | chance to speak at tables here.  But I will not allow |
| 00:03:57 | 5 | either side to step on the vocal cords, if you will, of |
| 00:04:01 | 6 | the other side because then our court reporter can't get |
| 00:04:03 | 7 | it down, and I can't understand the dialog.  So pause, |
| 00:04:09 | 8 | wait for a question, please. |
| 00:04:10 | 9 | And I think earlier you talked about a judge |
| 00:04:13 | 10 | that you wanted to assign the case to.  You may have |
| 00:04:17 | 11 | been referring to the document that comes with every |
| 00:04:22 | 12 | case that's filed in federal court, and that's a |
| 00:04:24 | 13 | document asking if the parties wish to consent to having |
| 00:04:29 | 14 | a magistrate judge handle the case.  And that's another |
| 00:04:33 | 15 | document that I see was filed by you, I believe |
| 00:04:37 | 16 | yesterday, late yesterday afternoon.  And it's called an |
| 00:04:42 | 17 | Order of Reference.  And I take it that you do not wish |
| 00:04:46 | 18 | to have this case transferred to the magistrate judge; |
| 00:04:50 | 19 | is that correct? |
| 00:04:50 | 20 | MS. BASSETT:  I -- |
| 00:04:52 | 21 | THE COURT:  Yes or no? |
| 00:04:53 | 22 | MS. BASSETT:  I do not consent to the judge. |
| 00:04:55 | 23 | Are we on the record right now?  Is this a court of |
| 00:04:58 | 24 | record? |
| 00:04:59 | 25 | THE COURT:  Yes.  Seated in front of me is |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 00:05:01 | 1  | my deputy clerk.  Seated in front of her is the court    |
| 00:05:04 | 2  | reporter.                                                |
| 00:05:04 | 3  | MS. BASSETT:  Thank you.                                  |
| 00:05:04 | 4  | THE COURT:  And yes, she is taking down                  |
| 00:05:06 | 5  | everything that is said, which, as I just earlier        |
| 00:05:09 | 6  | indicated, is the reason why we can't talk over each     |
| 00:05:12 | 7  | other.                                                   |
| 00:05:12 | 8  | So I would very much appreciate it -- and                |
| 00:05:15 | 9  | this goes for both sides -- if I ask a question, I'd     |
| 00:05:18 | 10 | like a yes or a no, or I don't know, whatever is         |
| 00:05:22 | 11 | appropriate.  And if I wish further explanation from     |
| 00:05:26 | 12 | you, I will ask for it.  If I don't, then I don't want   |
| 00:05:30 | 13 | to hear another word.  And that goes for this side as    |
| 00:05:34 | 14 | well.                                                    |
| 00:05:35 | 15 | So the question I have is: The document that             |
| 00:05:39 | 16 | you filed yesterday has writing on it, which I assume is |
| 00:05:44 | 17 | your writing.  And again, it's a bit unclear to me, but  |
| 00:05:48 | 18 | I want to clarify for the record whether you are         |
| 00:05:51 | 19 | consenting to having this case heard by the magistrate   |
| 00:05:54 | 20 | judge.  Do you consent to have it heard by him; yes or   |
| 00:05:59 | 21 | no?                                                      |
| 00:06:00 | 22 | MS. BASSETT:  No.                                         |
| 00:06:00 | 23 | THE COURT:  Thank you very much.  That's                 |
| 00:06:02 | 24 | what I suspected.  But I want to make it clear for the   |
| 00:06:04 | 25 | record.                                                  |

00:06:05    1          Then the case is before me.  I am prepared

00:06:08    2    to move forward on both the Motion for Temporary

00:06:11    3    Restraining Order and the Motion to Withdraw from Court.

00:06:17    4          Let's start with what I understand to be the

00:06:20    5    essential facts as presented in the papers filed with

00:06:24    6    the Court.

00:06:29    7          How many more people are we expecting?

00:06:31    8    Because the back looks pretty full.

00:06:37    9          UNIDENTIFIED SPEAKER:  That's it.

00:06:38    10         THE COURT:  As opposed to standing, if the

00:06:40    11   four of you want to sit in the jury box at the far end,

00:06:43    12   you may do so, where the CSO is pointing to.

00:06:43    13         UNIDENTIFIED SPEAKER:  Thank you.

00:06:53    14         THE COURT:  You're welcome.

00:06:58    15         As best as I can understand from the filings

00:07:02    16   that the Plaintiff has made with this Court, Plaintiff

00:07:09    17   claims to operate a branch of the -- I will spell this

00:07:15    18   for our reporter:  O-k-l-e-v-u-e-h-a.  How do you

00:07:21    19   pronounce that?

00:07:22    20         MS. BASSETT:  Oklevueha.

00:07:24    21         THE COURT:  -- Oklevueha Native American

00:07:27    22   Church, a nationwide religious group with what may be

00:07:31    23   charitably described as tenuous claims to legitimacy.

00:07:36    24         Toledo Police raided the church at its

00:07:38    25   location at 3344 Secor Road based on a search warrant

00:07:43　1　issued by Judge Tim Kuhlman of the Toledo Municipal

00:07:49　2　Court.  That search warrant related to the sale of

00:07:52　3　marijuana and psilocybin.  Also --

00:08:03　4　　　　　　MS. BASSETT:  For the record, I object,

00:08:05　5　because --

00:08:05　6　　　　　　THE COURT:  I'm sorry.  I'm not done

00:08:07　7　speaking.  And please do not speak unless the Court --

00:08:10　8　again, for both sides -- gives you permission.

00:08:13　9　　　　　　MS. BASSETT:  You're not allowed to object?

00:08:15　10　　　　　　THE COURT:  You may object after I'm done

00:08:16　11　speaking.  I'll give you an opportunity to comment.

00:08:21　12　　　　　　-- psilocybin, also known as magic

00:08:24　13　mushrooms, with hallucinogenic effects.  I'm referring

00:08:29　14　now to Document 6-1.  The police seized drug

00:08:33　15　paraphernalia and warned the occupants not to sell

00:08:36　16　narcotics.  It's unclear from the papers filed whether

00:08:40　17　the Plaintiff herself was present during the search.  I

00:08:50　18　believe that the claim here -- again, as best as I can

00:08:55　19　figure it out, the claim is that Plaintiff wishes to

00:08:59　20　enjoin the City of Toledo from enforcing drug laws of

00:09:03　21　the State of Ohio against the church.  She claims the

00:09:07　22　earth-based sacraments; that is, the marijuana and

00:09:12　23　mushrooms, are part of their religious rites and

00:09:15　24　therefore protected by the First Amendment; the

00:09:18　25　Religious Freedom Restoration Act, also known as RFRA,

00:09:24 1 R-F-R-A; the Religious Land Use and Institutionalized

00:09:27 2 Persons Act, also known as RLUIPA; I and the United

00:09:35 3 Nations Declaration on the Rights of Indigenous Peoples.

00:09:39 4 That is a brief summary of what I see as the facts

00:09:45 5 stated in the papers filed before me.

00:09:48 6 I will also note at the outset that the

00:09:51 7 legal standard in determining whether this Court should

00:09:54 8 issue injunctive relief is fairly well set forth in the

00:09:58 9 case law, and there are four factors for this Court to

00:10:02 10 consider:

00:10:05 11 Number 1.  Whether the movant -- that would

00:10:08 12 be the Plaintiff here -- has a strong likelihood of

00:10:10 13 success on the merits;

00:10:12 14 Number 2.  Whether the movant would suffer

00:10:15 15 irreparable injury absent a stay or the issuance of an

00:10:21 16 injunction;

00:10:22 17 3.  Whether granting the stay would cause

00:10:24 18 substantial harm to others;

00:10:27 19 And 4.  Whether the public interest would be

00:10:30 20 served by granting the stay.

00:10:34 21 Sixth Circuit law indicates that these

00:10:36 22 factors are not prerequisites that must be met but

00:10:41 23 rather are interrelated considerations that must be

00:10:44 24 balanced together.

00:10:47 25 With that, I'll allow both sides to issue a

00:10:49 1 comment if it's relevant to what I just stated, and I'll
00:10:55 2 give Plaintiff the floor first.
00:10:58 3 　　　　　MS. BASSETT: Okay. So what I was objecting
00:11:01 4 to is -- first off, I'm not withdrawing. And the other
00:11:09 5 thing is that I'm objecting because it's not relative to
00:11:15 6 this case because your First Amendment right in my
00:11:19 7 paperwork that I submitted shows Judge Scalia set a
00:11:23 8 federal precedent that said that nobody, a judge, a
00:11:28 9 jury, a cop, can decide what is or isn't in the church.
00:11:36 10 The individual gets to decide that. And we absolutely
00:11:38 11 are a church. We function as a church. We are
00:11:41 12 federally recognized. It even says on the search
00:11:44 13 warrant that they came into a church. And if you take a
00:11:46 14 look at the longer search warrant, it even says that I
00:11:50 15 wrote as a medicine woman. Okay. I'm also showing what
00:11:55 16 a medicine woman is. Because I think where a lot of
00:11:58 17 confusion comes in with indigenous medicine is they like
00:12:02 18 to separate the spiritual leader from the person that's
00:12:09 19 actually practicing the medicine when they're one and
00:12:11 20 the same. As a naturopathic doctor, as a holistic
00:12:15 21 doctor, as a medicine woman, as an indigenous practicing
00:12:19 22 person, we treat the body as a whole; body, mind, and
00:12:23 23 spirit. And all religions from the beginning of time
00:12:26 24 until the present spend time detoxing the body, spend
00:12:30 25 time rebuilding the body in preparation for the

00:12:32 1 ceremonies. And that's what Anyana-Kai is. We are a

00:12:36 2 detoxing church. And clearing out these toxins from

00:12:39 3 people's body, that gets them more in touch with their

00:12:43 4 spirit. And this is the whole premise that I'm standing

00:12:46 5 on the First Amendment right is the freedom of religion.

00:12:50 6 And this is my religion. And you can see a lot of

00:12:53 7 members here. We have hundreds of them that are

00:12:55 8 suffering presently because they are no longer getting

00:12:58 9 their earth-based medicines.

00:13:00 10 We've had the health store in town for 50

00:13:03 11 years. And this has been something that's my heart, my

00:13:06 12 soul, something that I've been doing my entire life. My

00:13:09 13 father was very much politically advanced trying to keep

00:13:13 14 our stance so that we can protect these rights. And

00:13:17 15 when I decided to become a church because I realized

00:13:20 16 that medicine really truly needs to get back to its

00:13:23 17 roots and through the indigenal makings, and that's why

00:13:27 18 I decided to open a Native American Church, so we can

00:13:30 19 combine all of that together. And eventually after we

00:13:32 20 do enough cleansing, then Linda and James Mooney come in

00:13:36 21 town, and we do Peyote; we do ceremony. We do ceremony

00:13:40 22 every day. We did a ceremony out front before we came

00:13:43 23 in here today. I did a ceremony before I sat down here.

00:13:46 24 My whole life we teach behaving as a God in all life

00:13:50 25 matters. We have projects where we go up and we clean

00:13:53  1   up Microcystin on the lake.

00:13:56  2           THE COURT:  Can I have you pause a second,

00:13:58  3   give our court reporter's fingers projects little break.

00:14:03  4           MS. BASSETT:  I talk very fast.  I'll try to

00:14:05  5   slow down.  I'm very nervous.

00:14:07  6           THE COURT:  That's okay.  Take your time.  I

00:14:09  7   may interrupt you if I feel you're speeding along.

00:14:11  8           MS. BASSETT:  That's fine.  I know, I do

00:14:13  9   talk fast.  And when I'm nervous I talk even faster.

00:14:23  10          THE COURT:  Are you --

00:14:25  11          MS. BASSETT:  I'm not done.

00:14:25  12          THE COURT:  Okay.

00:14:26  13          MS. BASSETT:  So what I was to -- for the

00:14:28  14  record, the only reason why I was objecting is because

00:14:31  15  you're coming after me individually.  When this stated

00:14:34  16  clearly on the warrant --

00:14:34  17          THE COURT:  Who is "you" coming after --

00:14:36  18          MS. BASSETT:  The Police Department.  And it

00:14:38  19  states clearly on the warrant that they were coming

00:14:42  20  after Oklevueha.  Now you're coming after Charmaine

00:14:45  21  Bassett.  So I'm just -- I'm sincerely confused because

00:14:47  22  this is a case -- my case that I'm placing forward is on

00:14:51  23  my First Amendment right, and that's to prove whether

00:14:56  24  we're a church or not.  And that's what I'm standing on

00:14:58  25  is the First Amendment rights that we are a church.  And

00:15:01 1 I don't understand -- let me take a second.  Let me just

00:15:07 2 take a deep breath.

00:15:13 3         THE COURT:  While you're taking a breath,

00:15:16 4 let me stop you for a moment.  Take a breath.  I think I

00:15:19 5 have the gist of what you're saying.

00:15:21 6         MS. BASSETT:  I know what I want to say now.

00:15:22 7 I have it right here.

00:15:23 8         The TPD, they're trying to place an

00:15:25 9 allegation on me when it should be placed on the church

00:15:28 10 and whether the church is lawful.  And because our

00:15:31 11 church is lawful, then we are allowed to provide

00:15:36 12 earth-based sacraments.  And I think a really good

00:15:38 13 analogy would be the Catholic church during the time of

00:15:41 14 prohibition, that they were allowed to have their wine.

00:15:46 15 And there's many incidences like that that I've included

00:15:50 16 in the paperwork that I put in.

00:15:51 17         And I realize that I probably had no idea

00:15:53 18 what I was doing with this paperwork, and I'm just

00:15:56 19 giving it my best shot.  And at some point I know I

00:15:59 20 probably need to find an attorney to help me with this.

00:16:01 21 But I was kind of under the gun, and I knew I needed to

00:16:04 22 put something in.  Because right now I've got people in

00:16:07 23 my church that are getting sick because they don't have

00:16:09 24 their medicine, okay.

00:16:11 25         And I just want to put a stop to what the

00:16:12  1   police are doing.  They came in; they're pointing the

00:16:15  2   finger at me.  Confidential informant, I really feel

00:16:19  3   like he needs to get on the stand because I want to

00:16:21  4   question him about what he put in that warrant because

00:16:24  5   there's no way that that could be accurate.  And to me

00:16:26  6   that really feels like -- really feels to me like the

00:16:33  7   statement of his facts is he's denying my secured right

00:16:35  8   of confronting the affidavit, and his obvious training

00:16:38  9   and lack of training because the warrant states that

00:16:40  10  Anyana-Kai is a registered Native American Church.  Did

00:16:45  11  the warrant state that was personal papers and now I'm

00:16:48  12  here personally?  We don't sell anything.  We never sold

00:16:52  13  anything.  We provide sacrament.

00:16:55  14          This entire situation is I'm being treated

00:16:58  15  like an illegal drug trader.  The way they came in, what

00:17:01  16  they did to everybody.  I wasn't even at the raid.  Why

00:17:04  17  am I the one that's getting civil -- that they're trying

00:17:07  18  to prosecute, the Police Department wants to point a

00:17:10  19  finger at and say we can't have our medicine here; we're

00:17:13  20  going to bring dogs in, and you're going to go to jail,

00:17:17  21  and this type of stuff.  These attacks are constantly

00:17:21  22  happening.  And you stole my private property.  And it's

00:17:25  23  germane to an illegal drug trade case.

00:17:27  24          Therefore, I require this Court to

00:17:28  25  immediately return my church property.  And I'd like to

00:17:31 1 see my church property because that's very expensive

00:17:34 2 stuff. And you guys took stuff that wasn't even germane

00:17:37 3 to the situation. And I understand, and I'm probably a

00:17:42 4 little naive in the way I'm presenting all this, but I

00:17:45 5 was told by the head of my church that I need to explain

00:17:47 6 that we are a bona fide church. And the Utah case did

00:17:51 7 prove that you do not have to be on a reservation to

00:17:53 8 practice indigenous medicine, whether it be the service

00:17:57 9 or the ceremony. That was already established.

00:18:04 10 And again, the police came into our church

00:18:07 11 as if it were a drug house. And I really feel that I

00:18:11 12 need to have not a temporary but a permanent restraining

00:18:14 13 order and a federal injunction that says that they leave

00:18:17 14 us alone. Because it just -- it's unbelievable.

00:18:22 15 I have one more thing to say.

00:18:24 16 THE COURT: Take a breath.

00:18:25 17 MS. BASSETT: Okay.

00:18:26 18 THE COURT: Or a drink of water.

00:18:51 19 MS. BASSETT: So I was also appointed to ask

00:18:53 20 for a three-week continuance so I actually could maybe

00:18:57 21 get a case together in a proper order. Like I said,

00:19:01 22 this was all done under the gun, and I just gave it my

00:19:04 23 best shot the best I could. But I think I do probably

00:19:07 24 need a little bit of assistance here, and I probably

00:19:10 25 need three weeks to find somebody good and get them up

00:19:13 1 to speed because this is kind of an unusual situation.

00:19:16 2 I mean, if anybody in this court would go and see how we

00:19:18 3 practice Anyana-Kai they would know for a fact we are a

00:19:22 4 church. Even the police that came in the door said that

00:19:25 5 they didn't want to be there and that they were sorry.

00:19:27 6 And they came in saying that they were going to shut us

00:19:30 7 down, and they ended up not shutting us down and said as

00:19:33 8 long as you don't have marijuana or mushrooms here you

00:19:35 9 can keep your doors open because we like what you do.

00:19:39 10 And those mushrooms, I've seen changes in

00:19:43 11 some of the seekers that have been with me for, like,

00:19:46 12 ten or 11 years in one month of micro-dosing -- we don't

00:19:50 13 take it to get high. We take micro doses of this stuff.

00:19:53 14 And what it does is it changes their health

00:19:55 15 unbelievably. We also use it for ceremonies. So we use

00:19:59 16 it for services and ceremonies. And as a medicine woman

00:20:03 17 I am allowed to let people use earth-based sacraments in

00:20:07 18 whichever way I feel was necessary for their health in

00:20:10 19 cleansing them so that they can be ready for their

00:20:13 20 ceremony.

00:20:15 21 And the same thing with the cannabis. We

00:20:17 22 mainly use a raw non-psychoactive cannabis. That's the

00:20:21 23 one where we get the biggest amount of healing from.

00:20:24 24 You can't even get high from it. Children take it; it

00:20:27 25 stops their seizures. And this is our earth-based

00:20:31  1   medicines.  That's what I want back, and that's what I'm

00:20:34  2   asking for today.  I'm asking for a permanent

00:20:36  3   restraining order on the Toledo Police Department so I

00:20:39  4   can get back to my church, and I can get back to my

00:20:42  5   church business.

00:20:42  6              THE COURT:  Thank you.  Now let me now hear

00:20:44  7   from the Defendant.

00:20:47  8              MR. CHARLES:  Good morning, Your Honor.

00:20:50  9   Thank you for your time.

00:20:51  10             And first of all, to answer your question,

00:20:55  11  your original question, which was whether or not the

00:20:58  12  preliminary injunction standard was correctly stated; I

00:21:01  13  think it was.  We have no objection.

00:21:01  14             THE COURT:  Keep your voice up.

00:21:10  15             MR. CHARLES:  The preliminary injunction

00:21:12  16  standard was correct.  But I have no objection to the

00:21:28  17  preliminary injunction standard that you mentioned on

00:21:30  18  the record.

00:21:31  19             And for the purposes of this hearing, we're

00:21:33  20  not opposed to -- we're not here to argue whether that's

00:21:38  21  a church.  At some other point in the future that may be

00:21:43  22  germane.

00:21:43  23             Also I don't know if the Court would like to

00:21:47  24  consider the fact or maybe remind the Plaintiff that she

00:21:51  25  may be incriminating herself at this point in time

00:21:53 1 vis-à-vis some of her statements as to the usage of the

00:21:57 2 substances.  I don't know if she wants to retain counsel

00:22:00 3 for that or not.

00:22:01 4          THE COURT:  Well, I'll merely indicate for

00:22:05 5 the moment that the Plaintiff is not under oath.

00:22:06 6 There's no sworn statements here.  This is arguments

00:22:09 7 that both sides are giving to assist the Court in

00:22:13 8 resolving the request and the papers that are filed.

00:22:18 9          Be that as it may, I would like to find out

00:22:21 10 what the status is of the warrant.  Is there a related

00:22:25 11 lawsuit pending somewhere?  And I assume that's a

00:22:29 12 public record.  If you can identify that case for me and

00:22:35 13 what impact, if any, it may have on this proceeding.

00:22:40 14          MR. CHARLES:  Currently, Your Honor, there's

00:22:41 15 an ongoing criminal investigation.  It has not been

00:22:49 16 taken to the grand jury.  The substances have been

00:22:53 17 tested, I believe, and I think Officer Bragg can testify

00:22:57 18 to that if need be.  But they have been tested, and they

00:23:01 19 are positive for psilocybin and marijuana as well.

00:23:06 20 That's the status right now.  And nobody was arrested,

00:23:10 21 Your Honor.  But there is an ongoing investigation.

00:23:15 22 That's the status.

00:23:18 23          THE COURT:  So there is an ongoing

00:23:21 24 investigation, but as of yet there is no related court

00:23:24 25 case, if you will?

| | | |
|---|---|---|
| 00:23:25 | 1 | MR. CHARLES: That's correct, Your Honor. |
| 00:23:26 | 2 | THE COURT: Thank you. |
| 00:23:28 | 3 | MS. BASSETT: May I say something? |
| 00:23:30 | 4 | THE COURT: Yes, you may. |
| 00:23:31 | 5 | MS. BASSETT: I object because once again |
| 00:23:33 | 6 | where I'm very unclear is how does Oklevueha Native |
| 00:23:37 | 7 | American Church become Charmaine Bassett? I wasn't even |
| 00:23:40 | 8 | there that day. Sergeant Bragg did tell me that he is |
| 00:23:43 | 9 | planning on putting federal charges on me. He told me |
| 00:23:45 | 10 | that personally. |
| 00:23:46 | 11 | THE COURT: Well, I'm not going to take |
| 00:23:50 | 12 | testimony today from either you or Mr. Bragg. I think |
| 00:23:54 | 13 | that is in your interest as much as anyone's. |
| 00:24:03 | 14 | Can the Defendant comment on what the |
| 00:24:05 | 15 | Plaintiff is arguing that this appears or there appears |
| 00:24:08 | 16 | to be a personal challenge to her as opposed to the |
| 00:24:18 | 17 | church itself? I am looking at the warrant. The |
| 00:24:22 | 18 | warrant has her name on there. The property that was |
| 00:24:26 | 19 | seized was at the church location, as I understand it. |
| 00:24:31 | 20 | But tell me, what I'm missing, if anything, in that |
| 00:24:37 | 21 | regard? |
| 00:24:37 | 22 | MR. CHARLES: I believe on the day the |
| 00:24:39 | 23 | warrant was executed there was a shop manager there. Is |
| 00:24:39 | 24 | that correct? |
| 00:24:43 | 25 | MR. BRAGG: That's correct. |

00:24:43  1          MR. CHARLES:  It was our understanding this

00:24:45  2   particular location is owned and controlled by the

00:24:47  3   Plaintiff; and therefore, the charges or investigation

00:24:52  4   is being conducted as to her as well as other

00:24:55  5   individuals, I believe.

00:24:57  6          THE COURT:  And is the location also the

00:24:59  7   location of the church?

00:25:01  8          MR. CHARLES:  That's correct, Your Honor.

00:25:04  9   It's right next to Bassett's on Secor there.  I have a

00:25:10 10   photo of it, but I don't know how to produce it right

00:25:13 11   now.

00:25:13 12          THE COURT:  Okay.  I thank both sides for

00:25:22 13   their arguments and comments.

00:25:26 14          Let me address first and remind everyone of

00:25:32 15   the legal standard that I announced at the outset, those

00:25:36 16   four factors.  That is what guides the Court's

00:25:38 17   determination at this point.  And one of those factors

00:25:45 18   that I mentioned has to do with the merits of the case

00:25:50 19   and the likelihood of success.  So let me address that

00:25:54 20   first.

00:25:55 21          As the City's brief argues, Laws of general

00:26:00 22   applicability, including criminal laws, do not violate

00:26:04 23   the free exercise clause.  And that statement comes not

00:26:09 24   from me; it comes from the United States Supreme Court.

00:26:15 25   One such case is Employment Division, Department of

00:26:18   1   <u>Human Resources of Oregon v. Smith</u>.  That's a 1990 case.

00:26:25   2   A quote from that case is as follows: "Respondents urge

00:26:30   3   us to hold quite simply that when otherwise prohibitable

00:26:34   4   conduct is accompanied by religious convictions, not

00:26:38   5   only the convictions, but the conduct itself must be

00:26:43   6   free from governmental regulation.  We have never held

00:26:48   7   that and declined to so now."

00:26:52   8           This Court interprets the request by

00:26:54   9   plaintiff to be just that, and I am not going to step on

00:26:59   10   the toes of the U.S. Supreme Court holding.

00:27:03   11           I also refer everyone to the longtime case

00:27:08   12   of <u>Reynolds v. United States</u>, another Supreme Court case

00:27:13   13   from 1878.  "Laws are made for the government of

00:27:19   14   actions, and while they cannot interfere with mere

00:27:22   15   religious beliefs and opinions, they may with

00:27:28   16   practices."

00:27:29   17           And that's really the short verse of the

00:27:32   18   complaint that's been raised today.  The State of Ohio

00:27:35   19   is free to outlaw marijuana and psilocybin regardless of

00:27:43   20   whatever Plaintiff's church may believe.  It appears to

00:27:46   21   me we have a valid search warrant.  And if that search

00:27:51   22   warrant is invalid, it can be challenged if there is

00:27:56   23   another court action.  And there is no legal basis for

00:28:00   24   me to issue an injunction or a temporary restraining

00:28:04   25   order.

00:28:05  1          The other factors under the law in our

00:28:09  2  Circuit for issuing a temporary restraining order sort

00:28:15  3  of follow suit.  I find that there would not be an

00:28:19  4  irreparable injury absent a stay.  I find -- I do not

00:28:24  5  find that granting the stay would cause substantial harm

00:28:27  6  to others, and the public interest would not be served

00:28:31  7  by granting the stay.

00:28:32  8          Indeed, if the merits of the action are not

00:28:36  9  well taken, the other factors frankly become a bit

00:28:41  10  secondary.  But nonetheless, when I balance all those

00:28:45  11  factors, it seems fairly clear to me that it is not

00:28:49  12  appropriate for injunctive relief, which is the basis

00:28:53  13  for the complaint that was filed by the Plaintiff in

00:28:56  14  this case.

00:28:58  15          With respect to RFRA, which requires the

00:29:02  16  federal government to justify impositions on religious

00:29:06  17  rites, and that's applied under a strict scrutiny, that

00:29:11  18  does not apply to the states.  That's a federal action.

00:29:16  19  And I refer to again the U.S. Supreme Court in the

00:29:21  20  Gonzalez case from 2006, which quotes from another case,

00:29:29  21  another Supreme Court case, an earlier case in 1997, the

00:29:35  22  Flores case, where the Court held the application of

00:29:39  23  RFRA to the states to be beyond the authority of

00:29:43  24  Congress.

00:29:44  25          And with respect to RLUIPA, as the City

00:29:50  1  notes in its brief, that applies to a narrow range of

00:29:54  2  regulations on prison inmates and land use, subjects

00:29:58  3  that are simply not relevant to the case here.

00:30:02  4          That leaves the U.N. Declaration, which

00:30:07  5  hardly bears mentioning, but that does not have

00:30:09  6  applicability here either.

00:30:12  7          So in short verse, I understand, Charmaine,

00:30:17  8  what you are saying here.  I accept the fact that you

00:30:20  9  are a medicine woman, that you have a ceremony and

00:30:24  10  services, and you believe in earth-based sacraments.

00:30:29  11          You indicated in your statement here you

00:30:31  12  want to put a stop to police conduct, and you want a

00:30:36  13  return of your church property.  That deals with the

00:30:38  14  warrant, which, at least what I've seen here, appears to

00:30:43  15  be appropriate.  But that is ultimately a challenge you

00:30:46  16  can make, not in federal court, because I see no federal

00:30:51  17  basis.  I specifically see no First Amendment right to

00:30:56  18  freedom of religion which is illegally, if you will,

00:31:03  19  trampled on by the warrant.

00:31:08  20          So I'm going to, for all these reasons, find

00:31:13  21  that the motion is not well taken.  It is not supported.

00:31:17  22  I'm going to deny the Motion for Injunctive Relief.

00:31:22  23          With respect to the subsequent Motion to

00:31:24  24  Withdraw from the Court, I find that moot, whatever its

00:31:30  25  merits might be in light of the granting of the Motion

00:31:33  1  for Temporary Restraining Order.

00:31:36  2          And I note an additional basis for

00:31:39  3  dismissing this complaint, and that is the Toledo Police

00:31:43  4  Department is a named defendant.  The Toledo Police

00:31:47  5  Department is not sui juris, that's s-u-i j-u-r-i-s, the

00:31:54  6  Latin phrase which in this case means someone or

00:31:57  7  something with full legal capacity to sue or be sued.

00:32:03  8  And I cite to the Lawson v. City of Youngstown case, 912

00:32:09  9  F.Supp. 2d, 527 at 531 from the Northern District of

00:32:16  10  Ohio in 2012.  I think there is another entity that

00:32:20  11  might be appropriate that is sui juris, such as the City

00:32:26  12  of Toledo or some individual, perhaps.  But the Toledo

00:32:30  13  Police Department does not stand in such a capacity.

00:32:34  14          MS. BASSETT:  May I ask you something?

00:32:35  15          THE COURT:  I'm not done.  Yes, you may.

00:32:37  16          And so that is an additional reason for a

00:32:40  17  dismissal of this case.

00:32:45  18          MS. BASSETT:  What happened to me asking for

00:32:48  19  three weeks?

00:32:48  20          THE COURT:  Excuse me.

00:32:49  21          I think that I have covered the items raised

00:32:53  22  in the briefing.

00:32:54  23          The Plaintiff has requested, and it was not

00:32:58  24  something I had forgotten, a three-week continuance to

00:33:02  25  obtain counsel.  And that may well be something you

00:33:05  1  should do, to obtain before you file something in court
00:33:09  2  the appropriate legal counsel.  You are free to do that.
00:33:12  3  Given what I have before me, should you obtain counsel,
00:33:17  4  I suspect counsel would likely file a different type of
00:33:22  5  pleading.  And I can't predict what the result of that
00:33:25  6  pleading might be, but, for example, there might be a
00:33:30  7  defendant named who is more appropriate to pursue with
00:33:34  8  your claim.  There might be a different phrasing of the
00:33:37  9  complaint to not reference the claims you're making
00:33:42  10  here, specifically that you believe what was done here
00:33:45  11  was a violation of your freedom of religion.  As I've
00:33:49  12  indicated, the Supreme Court case law is fairly clear on
00:33:52  13  that point.  And frankly if you read the City's
00:33:56  14  opposition you might find other reasons why perhaps the
00:34:02  15  course that you chose was not the right course.  Again,
00:34:04  16  I express no opinion on whether a different type of
00:34:08  17  pleading might result in a different result or a
00:34:11  18  different outcome.  I don't know because I don't have
00:34:14  19  that document before me.  But I do suggest you consult
00:34:18  20  with counsel.  They may wish to file something
00:34:20  21  different, maybe even in a different court.  I don't
00:34:24  22  know; it depends on the basis of the claims.  But I
00:34:27  23  don't believe that a continuance can resurrect this
00:34:30  24  particular case.  And I think it's best to start from a
00:34:34  25  clean slate.  And I don't see, frankly, given the

00:34:37 1 voluminous filings that you've made, and you obviously

00:34:41 2 went to a lot of trouble, I don't even -- and I should

00:34:45 3 mention that in addition to the pleadings, attached to

00:34:48 4 them are numerous exhibits, some of which are relevant,

00:34:51 5 some of which aren't from a legal standpoint. But I've

00:34:55 6 taken a look at all of that. And if this is something

00:34:59 7 that you wish to pursue, Charmaine, I suggest you do

00:35:03 8 obtain legal counsel and get some legal advice on how

00:35:07 9 best to present your position. And maybe the lawyer

00:35:10 10 will tell you there is no good position for you to

00:35:13 11 pursue, or maybe he'll tell you there's a different way

00:35:17 12 to achieve the result that you're seeking. But again, I

00:35:20 13 have no comment on that. I think that the best route

00:35:22 14 for you is not a continuance with the paperwork that's

00:35:27 15 in front of me, but as I suggested a moment earlier, if

00:35:31 16 you wish to obtain legal counsel, and if that counsel

00:35:35 17 wants to file something, I suspect it will be something

00:35:38 18 that might be -- have a different focus, have some

00:35:43 19 different information, perhaps will address the four

00:35:48 20 factors that I indicated at the outset which guide me in

00:35:52 21 hearing a request for injunctive relief. But I leave

00:35:56 22 that to you and your lawyer, whoever he or she may be.

00:36:01 23 Now you certainly may ask any questions you

00:36:03 24 have.

00:36:03 25 MS. BASSETT: Well, it's kind of expensive

00:36:05 1  filing this stuff, so a continuance would also allow me

00:36:08 2  not to have to pay for another filing fee too.

00:36:11 3          THE COURT:  Well, I don't know what your

00:36:12 4  financial status is, but you could have filed a request

00:36:15 5  for financial assistance when you filed your pro se

00:36:18 6  complaint.  And your lawyer, if you get one and choose

00:36:21 7  to file, might ask for some type of relief like that as

00:36:25 8  well.

00:36:27 9          MS. BASSETT:  So we can't -- I would prefer

00:36:30 10  to continue.  I'm requesting that.

00:36:33 11          Also I'd like to see my stuff and see if

00:36:36 12  it's in good shape.  They took come computers that have

00:36:39 13  nothing to do with cannabis or mushrooms that are

00:36:42 14  healing computers.

00:36:43 15          THE COURT:  You're talking now about the

00:36:45 16  items that were seized by the City of Toledo?

00:36:47 17          MS. BASSETT:  I would like to see them and

00:36:48 18  see that they're still in good shape.  I would like to

00:36:50 19  see my property, at least see it.

00:36:52 20          THE COURT:  I don't know if the City has a

00:36:54 21  position on that, but if so, can you give Charmaine what

00:36:56 22  you've done with her property?  Is it in, quote-unquote,

00:37:01 23  good shape; and is it something she can look at without

00:37:05 24  disturbing it, if you will?  I'll leave the City to

00:37:10 25  comment on that.

00:37:10  1          MS. BASSETT:  I --

00:37:11  2          THE COURT:  One moment.  Let's hear what

00:37:12  3  their answer is.

00:37:13  4          MR. CHARLES:  Your Honor, the property is

00:37:14  5  kept in the City of Toledo property room.  I don't -- we

00:37:18  6  may be able to devise a way where she can look at it.

00:37:22  7  But the problem here is it's part of the investigation.

00:37:25  8  I'm not a detective, but I'm sure all the items seized

00:37:28  9  will be used in the ongoing investigation process, I

00:37:32  10  think.

00:37:32  11          THE COURT:  So I think they will not allow

00:37:34  12  you to touch it.  They may allow you, I'm hearing Mr.

00:37:38  13  Charles say, to see where it is so that you can satisfy

00:37:42  14  yourself it's there.

00:37:44  15          MS. BASSETT:  But, I mean, the computer's

00:37:47  16  for biofeedback.  There would be no reason for them to

00:37:50  17  keep that device.  There's no information on it.  It's a

00:37:52  18  program that's a biofeedback program that we actually

00:37:56  19  use for the seekers that are there.  How does that have

00:37:58  20  anything to do with cannabis?

00:38:00  21          THE COURT:  Well, I won't answer for the

00:38:02  22  City, but let me just say as a general statement if they

00:38:04  23  take something that they don't use, you may well have

00:38:08  24  the opportunity to have it returned.  I can't say when.

00:38:11  25  But it seems to me it's an item that might be returned

00:38:14  1  to you if they find out it is not something that is

00:38:17  2  useful or pertinent to their investigation.

00:38:21  3          MS. BASSETT:  So there is not going to be

00:38:23  4  any restraining order?

00:38:24  5          THE COURT:  I'm afraid not.

00:38:25  6          MS. BASSETT:  And you're not letting me

00:38:27  7  stand on my First Amendment right?

00:38:29  8          THE COURT:  I tried to address that today.

00:38:30  9  The U.S. Supreme Court has spoken on that, and they say

00:38:33  10 the religious practice can be curtailed by law, and

00:38:38  11 that's what's happened here.  And I'm sorry the result

00:38:44  12 is not more favorable for you, but that is my ruling

00:38:46  13 based on my understanding of the facts presented as well

00:38:49  14 as the law as I understand it.

00:38:51  15         MS. BASSETT:  But the laws that -- some of

00:38:53  16 the laws that you were quoting were local laws.  The

00:38:55  17 federal law says that --

00:38:57  18         THE COURT:  Oh, no.  Let me interrupt you.

00:38:59  19 I did not quote any local law.  Every law I quoted was

00:39:03  20 federal law; U.S. Supreme Court or a decision from our

00:39:05  21 court in the Northern District of Ohio.

00:39:07  22         MS. BASSETT:  What about the cases that we

00:39:09  23 have?  The Mooney case where it says that you can

00:39:13  24 practice your religion off reservation.  What about the

00:39:16  25 law that says it's only the individual and it's based on

00:39:18 1 sincerity? What about the churches' rights, the Wicca

00:39:21 2 church and the Flying Spaghetti Church; how do they get

00:39:25 3 federally recognized, and now you're telling me that I

00:39:27 4 can't stand on my First Amendment right? I'm a little

00:39:30 5 confused about that.

00:39:31 6 THE COURT: Charmaine, I didn't say you

00:39:32 7 weren't a church. I never said that. What I'm

00:39:35 8 balancing here is the right of your church and you to

00:39:37 9 practice certain ceremonies. You indicated you were a

00:39:42 10 medicine woman and you did certain beneficial rites with

00:39:47 11 the people of your church. And I understand that you

00:39:52 12 have those practices. I'm not saying that they aren't

00:39:54 13 your church practices. I'm saying that when they

00:39:57 14 conflict with the law, the U.S. Supreme Court has said

00:40:01 15 the law can find those practices to be illegal, that it

00:40:07 16 doesn't cloak you with immunity from the laws. You

00:40:11 17 can't separate your church from the civil laws of this

00:40:14 18 country. So that's what I'm saying.

00:40:17 19 And the cases that you cited, frankly, are

00:40:19 20 not really on point. I think the cases that I mentioned

00:40:23 21 are more on point, and some of the cases that were

00:40:25 22 included in the City of Toledo's brief as well. So I've

00:40:30 23 given you the best I can today.

00:40:32 24 I know you're not pleased, and I understand

00:40:34 25 that. You indicated you may want to consult with legal

00:40:38  1   counsel.  I suggest you do so if that's what you want to

00:40:42  2   do.  If you want to pursue this in some way, please do

00:40:45  3   consult with legal counsel, get their viewpoint on this.

00:40:49  4   You can even share with them what happened here today.

00:40:52  5   They may recommend you file, as I said, another suit, a

00:40:56  6   different suit in this court or another court.  They may

00:40:59  7   tell you, Charmaine, you haven't got a good chance here.

00:41:02  8   They may tell you, Charmaine, you'd better wait until

00:41:05  9   the City of Toledo finishes its investigation.  I don't

00:41:08  10  know what advice they're going to give you.  I can't

00:41:11  11  give you that advice.  I'm merely suggesting to you that

00:41:14  12  based on what is before me, both what you filed and what

00:41:17  13  the City has filed, my decision is that a temporary

00:41:22  14  restraining order or preliminary injunction would not be

00:41:25  15  appropriate.

00:41:25  16          MS. BASSETT:  I just can't understand how

00:41:27  17  that's possible.

00:41:28  18          THE COURT:  All the more reason for you to

00:41:29  19  contact a lawyer.

00:41:30  20          Anything further from either side?

00:41:32  21          MR. CHARLES:  No, thank you, Your Honor.

00:41:33  22          THE COURT:  If not, we are adjourned.

23          (Concluded at 9:52 a.m.)

24                                  - - -

25

**C E R T I F I C A T E**


   I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


/s/ Tracy L. McGurk _____         ___9/21/16___

Tracy L. McGurk, RMR, CRR           Date

## /

**/s** [1] - 32:7

## 1

**1** [1] - 9:11
**11** [1] - 16:12
**16-CV-2268** [1] - 2:3
**1716** [1] - 1:19
**1878** [1] - 21:13
**1990** [1] - 21:1
**1997** [1] - 22:21

## 2

**2** [1] - 9:14
**20** [1] - 1:5
**2006** [1] - 22:20
**2012** [1] - 24:10
**2016** [1] - 1:5
**213-5520** [1] - 1:20
**2250** [1] - 1:16
**245-1020** [1] - 1:18
**2d** [1] - 24:9

## 3

**3** [4] - 2:24, 3:14, 3:23, 9:17
**3344** [2] - 1:13, 7:25
**3:16-cv-2268** [1] - 1:4

## 4

**4** [1] - 9:19
**419** [3] - 1:14, 1:18, 1:20
**43604** [2] - 1:17, 1:20
**43606** [1] - 1:13

## 5

**5** [3] - 3:1, 3:15, 3:21
**50** [1] - 11:10
**527** [1] - 24:9
**531** [1] - 24:9

## 6

**6-1** [1] - 8:14

## 7

**720-2972** [1] - 1:14

## 9

**9/21/16** [1] - 32:7
**912** [1] - 24:8
**9:11** [1] - 2:1
**9:52** [1] - 31:23

## A

**a.m** [2] - 2:1, 31:23
**able** [1] - 28:6
**above-entitled** [1] - 32:4
**absent** [2] - 9:15, 22:4
**absolutely** [1] - 10:10
**accept** [1] - 23:8
**accompanied** [1] - 21:4
**accurate** [1] - 14:5
**achieve** [1] - 26:12
**Act** [2] - 8:25, 9:2
**acting** [1] - 2:21
**action** [3] - 21:23, 22:8, 22:18
**actions** [1] - 21:14
**Adam** [1] - 2:19
**addition** [1] - 26:3
**additional** [2] - 24:2, 24:16
**address** [5] - 3:13, 20:14, 20:19, 26:19, 29:8
**adjourned** [1] - 31:22
**advanced** [1] - 11:13
**advice** [2] - 26:8, 31:10, 31:11
**affidavit** [1] - 14:8
**afraid** [1] - 29:5
**afternoon** [1] - 5:16
**allegation** [1] - 13:9
**allow** [5] - 5:4, 9:25, 27:1, 28:11, 28:12
**allowed** [4] - 8:9, 13:11, 13:14, 16:17
**alone** [1] - 15:14
**Amendment** [8] - 8:24, 10:6, 11:5, 12:23, 12:25, 23:17, 29:7, 30:4
**American** [4] - 7:21, 11:18, 14:10, 19:7
**amount** [1] - 16:23
**analogy** [1] - 13:13
**announced** [1] - 20:15
**answer** [3] - 17:10, 28:3, 28:21
**Anyana** [3] - 11:1, 14:10, 16:3
**Anyana-Kai** [3] - 11:1, 14:10, 16:3
**APPEARANCES** [1] - 1:11
**applicability** [2] - 20:22, 23:6

**application** [1] - 22:22
**applied** [1] - 22:17
**applies** [1] - 23:1
**apply** [1] - 22:18
**appointed** [1] - 15:19
**appreciate** [1] - 6:8
**appropriate** [7] - 6:11, 22:12, 23:15, 24:11, 25:2, 25:7, 31:15
**argue** [1] - 17:20
**argues** [1] - 20:21
**arguing** [1] - 19:15
**arguments** [2] - 18:6, 20:13
**arrested** [1] - 18:20
**assembly** [1] - 4:4
**assign** [2] - 4:18, 5:10
**assist** [1] - 18:7
**assistance** [2] - 15:24, 27:5
**assume** [2] - 6:16, 18:11
**attached** [1] - 26:3
**attacks** [1] - 14:21
**attorney** [1] - 13:20
**authority** [1] - 22:23
**Avenue** [1] - 1:19

## B

**balance** [1] - 22:10
**balanced** [1] - 9:24
**balancing** [1] - 30:8
**based** [10] - 7:25, 8:22, 11:9, 13:12, 16:17, 16:25, 23:10, 29:13, 29:25, 31:12
**basis** [5] - 21:23, 22:12, 23:17, 24:2, 25:22
**Bassett** [7] - 1:4, 1:12, 2:3, 2:5, 3:17, 12:21, 19:7
**BASSETT** [42] - 2:8, 2:14, 3:18, 3:24, 4:3, 4:9, 4:13, 4:15, 4:17, 4:22, 4:24, 5:2, 5:20, 5:22, 6:3, 6:22, 7:20, 8:4, 8:9, 10:3, 12:4, 12:8, 12:11, 12:13, 12:18, 13:6, 15:17, 15:19, 19:3, 19:5, 24:14, 24:18, 26:25, 27:9, 27:17, 28:1, 28:15, 29:3, 29:6, 29:15, 29:22, 31:16
**Bassett's** [1] - 20:9
**bears** [1] - 23:5
**become** [3] - 11:15, 19:7, 22:9
**BEFORE** [1] - 1:10
**beginning** [1] - 10:23
**behalf** [1] - 2:18
**behaving** [1] - 11:24
**beliefs** [1] - 21:15
**beneficial** [1] - 30:10
**best** [9] - 7:15, 8:18, 13:19, 15:23, 25:24, 26:9, 26:13,

30:23
**better** [1] - 31:8
**beyond** [1] - 22:23
**biggest** [1] - 16:23
**biofeedback** [2] - 28:16, 28:18
**bit** [3] - 6:17, 15:24, 22:9
**board** [1] - 2:9
**body** [5] - 10:22, 10:24, 10:25, 11:3
**bona** [1] - 15:6
**box** [1] - 7:11
**Bragg** [4] - 2:19, 18:17, 19:8, 19:12
**BRAGG** [1] - 19:25
**branch** [1] - 7:17
**break** [1] - 12:3
**breath** [5] - 5:1, 13:2, 13:3, 13:4, 15:16
**brief** [4] - 9:4, 20:21, 23:1, 30:22
**briefing** [1] - 24:22
**bring** [1] - 14:20
**business** [1] - 17:5

## C

**cannabis** [4] - 16:21, 16:22, 27:13, 28:20
**cannot** [1] - 21:14
**capacity** [2] - 24:7, 24:13
**captioned** [2] - 2:3, 3:4
**Case** [1] - 1:4
**case** [36] - 2:2, 4:7, 5:10, 5:12, 5:14, 5:18, 6:19, 7:1, 9:9, 10:6, 12:22, 14:23, 15:6, 15:21, 18:12, 18:25, 20:18, 20:25, 21:1, 21:2, 21:11, 21:12, 22:14, 22:20, 22:21, 22:22, 23:3, 24:6, 24:8, 24:17, 25:12, 25:24, 29:23
**cases** [4] - 29:22, 30:19, 30:20, 30:21
**Catholic** [1] - 13:13
**Center** [1] - 1:17
**ceremonies** [4] - 11:1, 16:15, 16:16, 30:9
**ceremony** [7] - 11:21, 11:22, 11:23, 15:9, 16:20, 23:9
**certain** [2] - 30:9, 30:10
**certainly** [1] - 26:23
**certify** [1] - 32:3
**challenge** [2] - 19:16, 23:15
**challenged** [1] - 21:22
**chance** [2] - 5:4, 31:7
**changes** [2] - 16:10, 16:14
**charges** [4] - 4:20, 19:9, 20:3

**charitably** [1] - 7:23
**Charles** [3] - 1:16, 2:19, 28:13
**CHARLES** [10] - 3:11, 17:8, 17:15, 18:14, 19:1, 19:22, 20:1, 20:8, 28:4, 31:21
**Charmaine** [14] - 1:4, 1:12, 2:5, 3:18, 3:19, 3:20, 12:20, 19:7, 23:7, 26:7, 27:21, 30:6, 31:7, 31:8
**children** [1] - 16:24
**choose** [1] - 27:6
**chose** [1] - 25:15
**Church** [5] - 7:22, 11:18, 14:10, 19:7, 30:2
**church** [35] - 7:24, 8:21, 10:9, 10:11, 10:13, 11:2, 11:15, 12:24, 12:25, 13:9, 13:10, 13:11, 13:13, 13:23, 14:25, 15:1, 15:5, 15:6, 15:10, 16:4, 17:4, 17:5, 17:21, 19:17, 19:19, 20:7, 21:20, 23:13, 30:2, 30:7, 30:8, 30:11, 30:13, 30:17
**churches'** [1] - 30:1
**Circuit** [2] - 9:21, 22:2
**cite** [1] - 24:8
**cited** [1] - 30:19
**City** [13] - 1:15, 3:10, 8:20, 22:25, 24:11, 27:16, 27:20, 27:24, 28:5, 28:22, 30:22, 31:9, 31:13
**city** [1] - 24:8
**City's** [2] - 20:21, 25:13
**civil** [2] - 14:17, 30:17
**claim** [3] - 8:18, 8:19, 25:8
**claims** [5] - 7:17, 7:23, 8:21, 25:9, 25:22
**clarification** [2] - 3:16, 3:21
**clarify** [2] - 3:6, 6:18
**clause** [1] - 20:23
**clean** [2] - 11:25, 25:25
**cleansing** [2] - 11:20, 16:19
**clear** [3] - 6:24, 22:11, 25:12
**clearing** [1] - 11:2
**clearly** [2] - 12:16, 12:19
**clerk** [3] - 2:12, 3:6, 6:1
**cloak** [1] - 30:16
**combine** [1] - 11:19
**combined** [1] - 4:10
**coming** [4] - 12:15, 12:17, 12:19, 12:20
**Commenced** [1] - 2:1
**comment** [5] - 8:11, 10:1, 19:14, 26:13, 27:25
**comments** [1] - 20:13
**common** [3] - 3:25, 4:3, 4:4
**complaint** [5] - 21:18, 22:13, 24:3, 25:9, 27:6

**computer's** [1] - 28:15
**computers** [2] - 27:12, 27:14
**Concluded** [1] - 31:23
**conduct** [3] - 21:4, 21:5, 23:12
**conducted** [1] - 20:4
**confidential** [1] - 14:2
**conflict** [1] - 30:14
**confronting** [1] - 14:8
**confused** [2] - 12:21, 30:5
**confusion** [1] - 10:17
**Congress** [1] - 22:24
**consent** [3] - 5:13, 5:22, 6:20
**consenting** [2] - 4:17, 6:19
**consider** [2] - 9:10, 17:24
**considerations** [1] - 9:23
**constantly** [1] - 14:21
**consult** [3] - 25:19, 30:25, 31:3
**contact** [1] - 31:19
**continuance** [5] - 15:20, 24:24, 25:23, 26:14, 27:1
**continue** [1] - 27:10
**controlled** [1] - 20:2
**convictions** [2] - 21:4, 21:5
**cop** [1] - 10:9
**cords** [1] - 5:5
**correct** [9] - 3:10, 3:11, 5:19, 17:16, 19:1, 19:24, 19:25, 20:8, 32:3
**correctly** [1] - 17:12
**counsel** [11] - 18:2, 24:25, 25:2, 25:3, 25:4, 25:20, 26:8, 26:16, 31:1, 31:3
**country** [1] - 30:18
**course** [2] - 25:15
**COURT** [55] - 1:1, 2:2, 2:10, 2:15, 3:12, 3:20, 4:1, 4:6, 4:11, 4:14, 4:16, 4:21, 4:23, 5:1, 5:3, 5:21, 5:25, 6:4, 6:23, 7:10, 7:14, 7:21, 8:6, 8:10, 12:2, 12:6, 12:10, 12:12, 12:17, 13:3, 15:16, 15:18, 17:6, 17:14, 18:4, 18:23, 19:2, 19:4, 19:11, 20:6, 20:12, 24:15, 24:20, 27:3, 27:15, 27:20, 28:2, 28:11, 28:21, 29:5, 29:8, 29:18, 30:6, 31:18, 31:22
**court** [16] - 4:8, 4:22, 5:6, 5:12, 5:23, 6:1, 12:3, 16:2, 18:24, 21:23, 23:16, 25:1, 25:21, 29:21, 31:6
**Court** [26] - 1:19, 2:25, 3:21, 4:1, 7:3, 7:6, 7:16, 8:2, 8:7, 9:7, 9:9, 14:24, 17:23, 18:7, 20:24, 21:8, 21:10, 21:12, 22:19, 22:21, 22:22,

23:24, 25:12, 29:9, 29:20, 30:14
**Court's** [2] - 4:20, 20:16
**courtroom** [1] - 2:6
**covered** [1] - 24:21
**criminal** [2] - 18:15, 20:22
**CRR** [2] - 1:19, 32:8
**CSO** [1] - 7:12
**curtailed** [1] - 29:10

**D**

**Date** [1] - 32:8
**deals** [1] - 23:13
**decide** [2] - 10:9, 10:10
**decided** [2] - 11:15, 11:18
**decision** [2] - 29:20, 31:13
**Declaration** [2] - 9:3, 23:4
**declined** [1] - 21:7
**deep** [1] - 13:2
**Defendant** [5] - 1:8, 3:2, 3:4, 17:7, 19:14
**defendant** [2] - 24:4, 25:7
**defendant's** [1] - 2:17
**Defendants** [1] - 1:15
**deny** [1] - 23:22
**denying** [1] - 14:7
**Department** [9] - 1:15, 2:4, 2:18, 12:18, 14:18, 17:3, 20:25, 24:4, 24:5, 24:13
**Dept** [1] - 1:7
**deputy** [3] - 2:12, 3:6, 6:1
**described** [1] - 7:23
**detective** [1] - 28:8
**determination** [1] - 20:17
**determining** [1] - 9:7
**detoxing** [2] - 10:24, 11:2
**device** [1] - 28:17
**devise** [1] - 28:6
**dialog** [1] - 5:7
**different** [11] - 25:4, 25:8, 25:16, 25:17, 25:18, 25:21, 26:11, 26:18, 26:19, 31:6
**dismissal** [2] - 4:20, 24:17
**dismissing** [1] - 24:3
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 24:9, 29:21
**disturbing** [1] - 27:24
**Division** [1] - 20:25
**DIVISION** [1] - 1:2
**docket** [3] - 2:21, 2:23, 3:7
**doctor** [2] - 10:20, 10:21
**Document** [1] - 8:14
**document** [12] - 2:24, 3:1, 3:4, 3:14, 3:15, 3:20, 3:23, 5:11, 5:13, 5:15, 6:15, 25:19
**dogs** [1] - 14:20
**done** [7] - 8:6, 8:10, 12:11,

15:22, 24:15, 25:10, 27:22
**door** [1] - 16:4
**doors** [1] - 16:9
**doses** [1] - 16:13
**dosing** [1] - 16:12
**down** [6] - 5:7, 6:4, 11:23, 12:5, 16:7
**drink** [1] - 15:18
**drug** [5] - 8:14, 8:20, 14:15, 14:23, 15:11
**during** [2] - 8:17, 13:13

**E**

**earth** [6] - 8:22, 11:9, 13:12, 16:17, 16:25, 23:10
**earth-based** [6] - 8:22, 11:9, 13:12, 16:17, 16:25, 23:10
**effects** [1] - 8:13
**either** [4] - 5:5, 19:12, 23:6, 31:20
**Employment** [1] - 20:25
**end** [1] - 7:11
**ended** [1] - 16:7
**enforcing** [1] - 8:20
**enjoin** [1] - 8:20
**entire** [2] - 11:12, 14:14
**entitled** [1] - 32:4
**entity** [1] - 24:10
**essential** [1] - 7:5
**established** [1] - 15:9
**eventually** [1] - 11:19
**example** [1] - 25:6
**excuse** [1] - 24:20
**executed** [1] - 19:23
**exercise** [1] - 20:23
**exhibits** [1] - 26:4
**expecting** [1] - 7:7
**expensive** [2] - 15:1, 26:25
**explain** [1] - 15:5
**explanation** [1] - 6:11
**express** [1] - 25:16

**F**

**F.Supp** [1] - 24:9
**fact** [3] - 16:3, 17:24, 23:8
**factors** [8] - 9:9, 9:22, 20:16, 20:17, 22:1, 22:9, 22:11, 26:20
**facts** [4] - 7:5, 9:4, 14:7, 29:13
**fairly** [3] - 9:8, 22:11, 25:12
**far** [1] - 7:11
**fast** [2] - 12:4, 12:9
**faster** [1] - 12:9
**father** [1] - 11:13

**favorable** [1] - 29:12
**Federal** [1] - 4:1
**federal** [11] - 4:19, 5:12, 10:8, 15:13, 19:9, 22:16, 22:18, 23:16, 29:17, 29:20
**federally** [2] - 10:12, 30:3
**fee** [1] - 27:2
**fide** [1] - 15:6
**figure** [1] - 8:19
**file** [6] - 25:1, 25:4, 25:20, 26:17, 27:7, 31:5
**filed** [15] - 2:22, 2:25, 3:10, 5:12, 5:15, 6:16, 7:5, 8:16, 9:5, 18:8, 22:13, 27:4, 27:5, 31:12, 31:13
**filing** [3] - 2:24, 27:1, 27:2
**filings** [2] - 7:15, 26:1
**financial** [2] - 27:4, 27:5
**fine** [1] - 12:8
**finger** [2] - 14:2, 14:19
**fingers** [1] - 12:3
**finishes** [1] - 31:9
**First** [8] - 8:24, 10:6, 11:5, 12:23, 12:25, 23:17, 29:7, 30:4
**first** [5] - 10:2, 10:4, 17:10, 20:14, 20:20
**floor** [1] - 10:2
**Flores** [1] - 22:22
**Flying** [1] - 30:2
**focus** [1] - 26:18
**follow** [1] - 22:3
**following** [1] - 2:21
**follows** [1] - 21:2
**foregoing** [1] - 32:3
**forgotten** [1] - 24:24
**forth** [1] - 9:8
**forward** [3] - 2:6, 7:2, 12:22
**four** [4] - 7:11, 9:9, 20:16, 26:19
**frankly** [4] - 22:9, 25:13, 25:25, 30:19
**free** [4] - 20:23, 21:6, 21:19, 25:2
**freedom** [3] - 11:5, 23:18, 25:11
**Freedom** [1] - 8:25
**front** [5] - 4:7, 5:25, 6:1, 11:22, 26:15
**full** [2] - 7:8, 24:7
**function** [1] - 10:11
**future** [1] - 17:21

**G**

**general** [2] - 20:21, 28:22
**germane** [3] - 14:23, 15:2, 17:22
**gist** [1] - 13:5

**given** [3] - 25:3, 25:25, 30:23
**God** [1] - 11:24
**Gonzalez** [1] - 22:20
**Government** [1] - 1:17
**government** [2] - 21:13, 22:16
**governmental** [1] - 21:6
**Grand** [1] - 3:1
**grand** [1] - 18:16
**granting** [5] - 9:17, 9:20, 22:5, 22:7, 23:25
**group** [1] - 7:22
**guide** [1] - 26:20
**guides** [1] - 20:16
**gun** [2] - 13:21, 15:22
**guys** [1] - 15:2

**H**

**hallucinogenic** [1] - 8:13
**handle** [1] - 5:14
**hardly** [1] - 23:5
**harm** [2] - 9:18, 22:5
**head** [1] - 15:5
**healing** [2] - 16:23, 27:14
**health** [3] - 11:10, 16:14, 16:18
**hear** [4] - 2:13, 6:13, 17:6, 28:2
**heard** [2] - 6:19, 6:20
**hearing** [3] - 17:19, 26:21, 28:12
**Hearing** [1] - 1:6
**HEARING** [1] - 1:9
**heart** [1] - 11:11
**held** [2] - 21:6, 22:22
**help** [1] - 13:20
**herself** [2] - 8:17, 17:25
**high** [2] - 16:13, 16:24
**history** [1] - 2:21
**hold** [1] - 21:3
**holding** [1] - 21:10
**holistic** [1] - 10:20
**Honor** [9] - 3:11, 4:25, 17:8, 18:14, 18:21, 19:1, 20:8, 28:4, 31:21
**HONORABLE** [1] - 1:10
**house** [1] - 15:11
**Human** [1] - 21:1
**hundreds** [1] - 11:7

**I**

**idea** [1] - 13:17
**identify** [1] - 18:12
**illegal** [3] - 14:15, 14:23, 30:15

**illegally** [1] - 23:18
**immediately** [1] - 14:25
**immunity** [1] - 30:16
**impact** [1] - 18:13
**impositions** [1] - 22:16
**incidences** [1] - 13:15
**included** [2] - 13:15, 30:22
**including** [1] - 20:22
**incriminating** [1] - 17:25
**indeed** [1] - 22:8
**indicate** [1] - 18:4
**indicated** [6] - 6:6, 23:11, 25:12, 26:20, 30:9, 30:25
**indicates** [1] - 9:21
**indigenal** [1] - 11:17
**Indigenous** [1] - 9:3
**indigenous** [3] - 10:17, 10:21, 15:8
**individual** [3] - 10:10, 24:12, 29:25
**individually** [1] - 12:15
**individuals** [1] - 20:5
**informant** [1] - 14:2
**information** [2] - 26:19, 28:17
**Injunction** [1] - 3:3
**injunction** [8] - 4:19, 9:16, 15:13, 17:12, 17:15, 17:17, 21:24, 31:14
**Injunctive** [1] - 23:22
**injunctive** [3] - 9:8, 22:12, 26:21
**injury** [2] - 9:15, 22:4
**inmates** [1] - 23:2
**Institutionalized** [1] - 9:1
**interest** [3] - 9:19, 19:13, 22:6
**interfere** [1] - 21:14
**interprets** [1] - 21:8
**interrelated** [1] - 9:23
**interrupt** [2] - 12:7, 29:18
**invalid** [1] - 21:22
**investigation** [8] - 18:15, 18:21, 18:24, 20:3, 28:7, 28:9, 29:2, 31:9
**irreparable** [2] - 9:15, 22:4
**issuance** [1] - 9:15
**issue** [3] - 9:8, 9:25, 21:24
**issued** [1] - 8:1
**issuing** [1] - 22:2
**item** [1] - 28:25
**items** [3] - 24:21, 27:16, 28:8
**itself** [2] - 19:17, 21:5

**J**

**JACK** [1] - 1:10
**jail** [1] - 14:20

**James** [1] - 11:20
**Jeff** [1] - 2:19
**Jeffrey** [1] - 1:16
**judge** [6] - 5:9, 5:14, 5:18, 5:22, 6:20, 10:8
**Judge** [4] - 4:18, 4:21, 8:1, 10:7
**JUDGE** [1] - 1:10
**jural** [2] - 4:4, 4:10
**JURIS** [1] - 24:5
**juris** [2] - 24:5, 24:11
**jurisdiction** [2] - 3:25, 4:2
**Jury** [1] - 3:1
**jury** [4] - 4:5, 7:11, 10:9, 18:16
**justify** [1] - 22:16

**K**

**Kai** [3] - 11:1, 14:10, 16:3
**Keep** [1] - 17:14
**keep** [3] - 11:13, 16:9, 28:17
**kept** [1] - 28:5
**kind** [3] - 13:21, 16:1, 26:25
**known** [3] - 8:12, 8:25, 9:2
**Kuhlman** [1] - 8:1

**L**

**lack** [1] - 14:9
**lake** [1] - 12:1
**land** [1] - 23:2
**Land** [1] - 9:1
**late** [1] - 5:16
**Latin** [1] - 24:6
**law** [16] - 3:25, 4:3, 4:5, 9:9, 9:21, 22:1, 25:12, 29:10, 29:14, 29:17, 29:19, 29:20, 29:25, 30:14, 30:15
**Law** [1] - 1:15
**lawful** [2] - 13:10, 13:11
**laws** [8] - 8:20, 20:22, 21:13, 29:15, 29:16, 30:16, 30:17
**Laws** [1] - 20:21
**Lawson** [1] - 24:8
**lawsuit** [1] - 18:11
**lawyer** [4] - 26:9, 26:22, 27:6, 31:19
**leader** [1] - 10:18
**least** [2] - 23:14, 27:19
**leave** [3] - 15:13, 26:21, 27:24
**leaves** [1] - 23:4
**legal** [11] - 9:7, 20:15, 21:23, 24:7, 25:2, 26:5, 26:8, 26:16, 30:25, 31:3

legitimacy [1] - 7:23
letting [1] - 29:6
life [3] - 11:12, 11:24
light [1] - 23:25
likelihood [2] - 9:12, 20:19
likely [1] - 25:4
Linda [1] - 11:20
local [2] - 29:16, 29:19
location [5] - 7:25, 19:19, 20:2, 20:6, 20:7
longtime [1] - 21:11
look [4] - 10:14, 26:6, 27:23, 28:6
looking [1] - 19:17
looks [1] - 7:8
Loukx [1] - 2:19

**M**

magic [1] - 8:12
magistrate [3] - 5:14, 5:18, 6:19
makings [1] - 11:17
manager [1] - 19:23
marijuana [5] - 8:3, 8:22, 16:8, 18:19, 21:19
matter [2] - 2:20, 32:5
matters [1] - 11:25
McGurk [3] - 1:19, 32:7, 32:8
mean [2] - 16:2, 28:15
means [1] - 24:6
mechanical [1] - 1:23
medicine [12] - 10:15, 10:16, 10:17, 10:19, 10:21, 11:16, 13:24, 14:19, 15:8, 16:16, 23:9, 30:10
medicines [2] - 11:9, 17:1
members [2] - 4:5, 11:7
Memorandum [1] - 3:7
mention [1] - 26:3
mentioned [3] - 17:17, 20:18, 30:20
mentioning [1] - 23:5
mere [1] - 21:14
merely [2] - 18:4, 31:11
merits [4] - 9:13, 20:18, 22:8, 23:25
met [1] - 9:22
micro [2] - 16:12, 16:13
micro-dosing [1] - 16:12
Microcystin [1] - 12:1
might [10] - 23:25, 24:11, 25:6, 25:8, 25:14, 25:17, 26:18, 27:7, 28:25
mind [1] - 10:22
missing [1] - 19:20
moment [4] - 13:4, 18:5, 26:15, 28:2

month [1] - 16:12
Mooney [2] - 11:20, 29:23
moot [1] - 23:24
morning [3] - 2:20, 3:15, 17:8
Motion [11] - 1:6, 2:22, 2:25, 3:2, 3:4, 3:22, 7:2, 7:3, 23:22, 23:23, 23:25
motion [5] - 2:24, 3:7, 3:9, 4:7, 23:21
motions [2] - 3:13, 3:14
movant [2] - 9:11, 9:14
move [1] - 7:2
moved [1] - 4:19
MR [11] - 3:11, 17:8, 17:15, 18:14, 19:1, 19:22, 19:25, 20:1, 20:8, 28:4, 31:21
MS [42] - 2:8, 2:14, 3:18, 3:24, 4:3, 4:9, 4:13, 4:15, 4:17, 4:22, 4:24, 5:2, 5:20, 5:22, 6:3, 6:22, 7:20, 8:4, 8:9, 10:3, 12:4, 12:8, 12:11, 12:13, 12:18, 13:6, 15:17, 15:19, 19:3, 19:5, 24:14, 24:18, 26:25, 27:9, 27:17, 28:1, 28:15, 29:3, 29:6, 29:15, 29:22, 31:16
Municipal [1] - 8:1
mushrooms [5] - 8:13, 8:23, 16:8, 16:10, 27:13
must [3] - 9:22, 9:23, 21:5

**N**

naive [1] - 15:4
name [1] - 19:18
named [2] - 24:4, 25:7
narcotics [1] - 8:16
narrow [1] - 23:1
Nations [1] - 9:3
nationwide [1] - 7:22
Native [4] - 7:21, 11:18, 14:10, 19:6
naturopathic [1] - 10:20
necessary [1] - 16:18
need [7] - 3:21, 13:20, 15:5, 15:12, 15:24, 15:25, 18:18
needed [1] - 13:21
needs [2] - 11:16, 14:3
nervous [2] - 12:5, 12:9
next [1] - 20:9
nobody [1] - 10:8, 18:20
non [1] - 16:22
non-psychoactive [1] - 16:22
nonetheless [1] - 22:10
Northern [2] - 24:9, 29:21
NORTHERN [1] - 1:1

note [2] - 9:6, 24:2
notereading [1] - 1:23
notes [1] - 23:1
nothing [1] - 27:13
number [9] - 2:2, 2:24, 3:1, 3:14, 3:15, 3:20, 3:23, 9:11, 9:14
numerous [1] - 26:4

**O**

o-k-l-e-v-u-e-h-a [1] - 7:18
oath [1] - 18:5
object [4] - 8:4, 8:9, 8:10, 19:5
objecting [3] - 10:3, 10:5, 12:14
objection [2] - 17:13, 17:16
obtain [5] - 24:25, 25:1, 25:3, 26:8, 26:16
obvious [1] - 14:8
obviously [1] - 26:1
occupants [1] - 8:15
OF [2] - 1:1, 1:9
Officer [1] - 18:17
OHIO [1] - 1:1
Ohio [12] - 1:5, 1:7, 1:13, 1:17, 1:20, 2:3, 2:18, 4:4, 8:21, 21:18, 24:10, 29:21
Oklevueha [4] - 7:20, 7:21, 12:20, 19:6
once [1] - 19:5
One [1] - 1:17
one [9] - 10:19, 14:17, 15:15, 16:12, 16:23, 20:17, 20:25, 27:6, 28:2
ongoing [4] - 18:15, 18:21, 18:23, 28:9
open [2] - 11:18, 16:9
operate [1] - 7:17
opinion [1] - 25:16
opinions [1] - 21:15
opportunity [2] - 8:11, 28:24
opposed [4] - 3:2, 7:10, 17:20, 19:16
opposition [1] - 25:14
Opposition [2] - 3:5, 3:8
order [7] - 15:13, 15:21, 17:3, 21:25, 22:2, 29:4, 31:14
Order [6] - 1:7, 2:23, 3:22, 5:17, 7:3, 24:1
Order/Preliminary [1] - 3:3
ordering [1] - 21:1
Oregon [1] - 21:1
original [1] - 17:11
otherwise [2] - 2:13, 21:3
outcome [1] - 25:18

outlaw [1] - 21:19
outset [3] - 9:6, 20:15, 26:20
owned [1] - 20:2

**P**

papers [5] - 7:5, 8:16, 9:5, 14:11, 18:8
paperwork [4] - 10:7, 13:16, 13:18, 26:14
paraphernalia [1] - 8:15
part [2] - 8:23, 28:7
particular [2] - 20:2, 25:24
parties [1] - 5:13
pause [2] - 5:7, 12:2
pay [1] - 27:2
pending [2] - 3:13, 18:11
people [4] - 7:7, 13:22, 16:17, 30:11
people's [1] - 11:3
Peoples [1] - 9:3
perhaps [3] - 24:12, 25:14, 26:19
permanent [2] - 15:12, 17:2
permission [3] - 2:8, 2:11, 8:8
person [2] - 10:18, 10:22
personal [2] - 14:11, 19:16
personally [2] - 14:12, 19:10
Persons [1] - 9:2
pertinent [1] - 29:2
Peyote [1] - 11:21
photo [1] - 20:10
phrase [1] - 24:6
phrasing [1] - 25:8
place [1] - 13:8
placed [1] - 13:9
placing [1] - 12:22
Plaintiff [17] - 1:5, 2:5, 2:16, 2:25, 3:14, 7:16, 8:17, 8:19, 9:12, 10:2, 17:24, 18:5, 19:15, 20:3, 22:13, 24:23
plaintiff [2] - 2:21, 21:9
Plaintiff's [1] - 21:20
plaintiff's [2] - 2:7, 2:17
Plaintiffs [1] - 1:12
planning [1] - 19:9
pleading [3] - 25:5, 25:6, 25:17
pleadings [1] - 26:3
pleased [1] - 30:24
point [8] - 13:19, 14:18, 17:21, 17:25, 20:17, 25:13, 30:20, 30:21
pointing [2] - 7:12, 14:1
police [5] - 8:14, 14:1, 15:10, 16:4, 23:12

**Police** [10] - 1:7, 2:3, 2:18, 7:24, 12:18, 14:18, 17:3, 24:3, 24:4, 24:13
**politically** [1] - 11:13
**position** [3] - 26:9, 26:10, 27:21
**positive** [1] - 18:19
**possible** [1] - 31:17
**practice** [5] - 15:8, 16:3, 29:10, 29:24, 30:9
**practices** [4] - 21:16, 30:12, 30:13, 30:15
**practicing** [2] - 10:19, 10:21
**precedent** [1] - 10:8
**predict** [1] - 25:5
**prefer** [1] - 27:9
**prejudice** [1] - 4:20
**preliminary** [4] - 17:12, 17:15, 17:17, 31:14
**premise** [1] - 11:4
**preparation** [1] - 10:25
**prepared** [2] - 3:13, 7:1
**prerequisites** [1] - 9:22
**present** [3] - 8:17, 10:24, 26:9
**Presentation** [1] - 3:1
**presented** [2] - 7:5, 29:13
**presenting** [1] - 15:4
**presently** [1] - 11:8
**pretty** [1] - 7:8
**previously** [1] - 2:12
**prison** [1] - 23:2
**private** [1] - 14:22
**pro** [2] - 2:22, 27:5
**PRO** [1] - 1:14
**problem** [1] - 28:7
**proceeding** [1] - 18:13
**proceedings** [1] - 32:4
**Proceedings** [1] - 1:23
**process** [1] - 28:9
**produce** [1] - 20:10
**produced** [1] - 1:23
**program** [1] - 28:18
**prohibitable** [1] - 21:3
**prohibition** [1] - 13:14
**projects** [2] - 11:25, 12:3
**pronounce** [1] - 7:19
**proper** [1] - 15:21
**property** [9] - 14:22, 14:25, 15:1, 19:18, 23:13, 27:19, 27:22, 28:4, 28:5
**prosecute** [1] - 14:18
**protect** [1] - 11:14
**protected** [1] - 8:24
**prove** [2] - 12:23, 15:7
**provide** [2] - 13:11, 14:13
**psilocybin** [4] - 8:3, 8:12, 18:19, 21:19

**psychoactive** [1] - 16:22
**public** [3] - 9:19, 18:12, 22:6
**purposes** [1] - 17:19
**pursue** [4] - 25:7, 26:7, 26:11, 31:2
**put** [6] - 3:24, 13:16, 13:22, 13:25, 14:4, 23:12
**putting** [1] - 19:9

## Q

**questions** [1] - 26:23
**quite** [1] - 21:3
**quote** [3] - 21:2, 27:22, 29:19
**quote-unquote** [1] - 27:22
**quoted** [1] - 29:19
**quotes** [1] - 22:20
**quoting** [1] - 29:16

## R

**raid** [1] - 14:16
**raided** [1] - 7:24
**raised** [2] - 21:18, 24:21
**range** [1] - 23:1
**rather** [1] - 9:23
**raw** [1] - 16:22
**read** [1] - 25:13
**ready** [1] - 16:19
**realize** [1] - 13:17
**realized** [1] - 11:15
**really** [8] - 11:16, 13:12, 14:2, 14:6, 15:11, 21:17, 30:20
**reason** [5] - 6:6, 12:14, 24:16, 28:16, 31:18
**reasons** [2] - 23:20, 25:14
**rebuilding** [1] - 10:25
**recognized** [2] - 10:12, 30:3
**recommend** [1] - 31:5
**record** [11] - 2:16, 4:22, 5:23, 5:24, 6:18, 6:25, 8:4, 12:14, 17:18, 18:12, 32:4
**recorded** [1] - 1:23
**refer** [2] - 21:11, 22:19
**reference** [1] - 25:9
**Reference** [1] - 5:17
**referring** [2] - 5:11, 8:13
**reflect** [1] - 2:16
**reflected** [1] - 2:23
**regard** [1] - 19:21
**regardless** [1] - 21:19
**registered** [1] - 14:10
**regulation** [1] - 21:6
**regulations** [1] - 23:2

**related** [3] - 8:2, 18:10, 18:24
**relative** [1] - 10:5
**relevant** [3] - 10:1, 23:3, 26:4
**Relief** [1] - 23:22
**relief** [4] - 9:8, 22:12, 26:21, 27:7
**religion** [5] - 11:5, 11:6, 23:18, 25:11, 29:24
**religions** [1] - 10:23
**Religious** [2] - 8:25, 9:1
**religious** [6] - 7:22, 8:23, 21:4, 21:15, 22:16, 29:10
**remind** [2] - 17:24, 20:14
**reporter** [3] - 5:6, 6:2, 7:18
**Reporter** [1] - 1:19
**reporter's** [1] - 12:3
**request** [4] - 18:8, 21:8, 26:21, 27:4
**requested** [1] - 24:23
**requesting** [2] - 4:19, 27:10
**require** [1] - 14:24
**requires** [2] - 22:15
**reservation** [2] - 15:7, 29:24
**resolving** [1] - 18:8
**Resources** [1] - 21:1
**respect** [3] - 22:15, 22:25, 23:23
**respondents** [1] - 21:2
**Restoration** [1] - 8:25
**Restraining** [6] - 1:6, 2:23, 3:3, 3:22, 7:3, 24:1
**restraining** [6] - 15:12, 17:3, 21:24, 22:2, 29:4, 31:14
**result** [5] - 25:5, 25:17, 26:12, 29:11
**resurrect** [1] - 25:23
**retain** [1] - 18:2
**return** [2] - 14:25, 23:13
**returned** [2] - 28:24, 28:25
**Reynolds** [1] - 21:12
**RFRA** [4] - 8:25, 9:1, 22:15, 22:23
**rights** [3] - 11:14, 12:25, 30:1
**Rights** [1] - 9:3
**rites** [3] - 8:23, 22:17, 30:10
**RLUIPA** [2] - 9:2, 22:25
**RMR** [2] - 1:19, 32:8
**Road** [2] - 1:13, 7:25
**room** [1] - 28:5
**roots** [1] - 11:17
**Rose** [4] - 1:4, 1:12, 2:5, 3:18
**route** [1] - 26:13
**ruling** [1] - 29:12

## S

**sacrament** [1] - 14:13
**sacraments** [4] - 8:22, 13:12, 16:17, 23:10
**sale** [1] - 8:2
**sat** [1] - 11:23
**satisfy** [1] - 28:13
**Scalia** [1] - 10:7
**scheduled** [1] - 2:20
**scrutiny** [1] - 22:17
**se** [2] - 2:22, 27:5
**SE** [1] - 1:14
**search** [7] - 7:25, 8:2, 8:17, 10:12, 10:14, 21:21
**seated** [4] - 2:17, 5:25, 6:1
**second** [2] - 12:2, 13:1
**secondary** [1] - 22:10
**Secor** [3] - 1:13, 7:25, 20:9
**secured** [1] - 14:7
**see** [15] - 5:15, 9:4, 11:6, 15:1, 16:2, 23:16, 23:17, 25:25, 27:11, 27:17, 27:18, 27:19, 28:13
**seekers** [2] - 16:11, 28:19
**seeking** [1] - 26:12
**seized** [4] - 8:14, 19:19, 27:16, 28:8
**seizures** [1] - 16:25
**sell** [2] - 8:15, 14:12
**separate** [3] - 3:9, 10:18, 30:17
**September** [1] - 1:5
**Sergeant** [1] - 2:19
**sergeant** [1] - 19:8
**served** [2] - 9:20, 22:6
**service** [1] - 15:8
**services** [2] - 16:16, 23:10
**set** [2] - 9:8, 10:7
**shall** [1] - 3:17
**shape** [3] - 27:12, 27:18, 27:23
**share** [1] - 31:4
**shop** [1] - 19:23
**short** [2] - 21:17, 23:7
**shot** [2] - 13:19, 15:23
**showing** [1] - 10:15
**shows** [1] - 10:7
**shut** [1] - 16:6
**shutting** [1] - 16:7
**sick** [1] - 13:23
**side** [4] - 5:5, 5:6, 6:13, 31:20
**sides** [5] - 6:9, 8:8, 9:25, 18:7, 20:12
**simply** [2] - 21:3, 23:3
**sincerely** [1] - 12:21
**sincerity** [1] - 30:1

**sit** [2] - 2:6, 7:11
**situation** [3] - 14:14, 15:3, 16:1
**sixth** [1] - 9:21
**slate** [1] - 25:25
**slow** [1] - 12:5
**Smith** [1] - 21:1
**sold** [1] - 14:12
**someone** [1] - 24:6
**somewhere** [1] - 18:11
**sorry** [3] - 8:6, 16:5, 29:11
**sort** [1] - 22:2
**soul** [1] - 11:12
**Spaghetti** [1] - 30:2
**SPEAKER** [2] - 7:9, 7:13
**speaking** [2] - 8:7, 8:11
**specifically** [2] - 23:17, 25:10
**speed** [1] - 16:1
**speeding** [1] - 12:7
**spell** [1] - 7:17
**spend** [2] - 10:24
**Spielbusch** [1] - 1:19
**spirit** [2] - 10:23, 11:4
**spiritual** [1] - 10:18
**spoken** [1] - 29:9
**stance** [1] - 11:14
**stand** [4] - 14:3, 24:13, 29:7, 30:4
**standard** [5] - 9:7, 17:12, 17:16, 17:17, 20:15
**standing** [3] - 7:10, 11:4, 12:24
**standpoint** [1] - 26:5
**start** [2] - 7:4, 25:24
**state** [1] - 14:11
**State** [3] - 4:4, 8:21, 21:18
**statement** [4] - 14:7, 20:23, 23:11, 28:22
**statements** [2] - 18:1, 18:6
**STATES** [2] - 1:1, 1:10
**States** [2] - 20:24, 21:12
**states** [4] - 12:19, 14:9, 22:18, 22:23
**status** [4] - 18:10, 18:20, 18:22, 27:4
**stay** [6] - 9:15, 9:17, 9:20, 22:4, 22:5, 22:7
**stenography** [1] - 1:23
**step** [2] - 5:5, 21:9
**still** [1] - 27:18
**stole** [1] - 14:22
**stop** [3] - 13:4, 13:25, 23:12
**stops** [1] - 16:25
**store** [1] - 11:10
**strict** [1] - 22:17
**strong** [1] - 9:12
**stuff** [6] - 14:21, 15:2, 16:13, 27:1, 27:11

**subjects** [1] - 23:2
**submitted** [1] - 10:7
**subsequent** [2] - 2:24, 23:23
**substances** [2] - 18:2, 18:16
**substantial** [2] - 9:18, 22:5
**success** [2] - 9:13, 20:19
**sue** [1] - 24:7
**sued** [1] - 24:7
**suffer** [1] - 9:14
**suffering** [1] - 11:8
**suggest** [3] - 25:19, 26:7, 31:1
**suggested** [1] - 26:15
**suggesting** [1] - 31:11
**sui** [2] - 24:5, 24:11
**SUI** [1] - 24:5
**suit** [3] - 22:3, 31:5, 31:6
**Suite** [1] - 1:16
**summary** [1] - 9:4
**supported** [1] - 23:21
**Supreme** [9] - 20:24, 21:10, 21:12, 22:19, 22:21, 25:12, 29:9, 29:20, 30:14
**suspect** [2] - 25:4, 26:17
**suspected** [1] - 6:24
**sworn** [1] - 18:6
**system** [1] - 4:10

**T**

**table** [4] - 2:7, 2:12, 2:17, 2:18
**tables** [1] - 5:4
**teach** [1] - 11:24
**Temporary** [6] - 1:6, 2:22, 3:3, 3:22, 7:2, 24:1
**temporary** [4] - 15:12, 21:24, 22:2, 31:13
**ten** [1] - 16:12
**tenuous** [1] - 7:23
**tested** [2] - 18:17, 18:18
**testify** [1] - 18:17
**testimony** [1] - 19:12
**THE** [55] - 1:10, 2:2, 2:10, 2:15, 3:12, 3:20, 4:1, 4:6, 4:11, 4:14, 4:16, 4:21, 4:23, 5:1, 5:3, 5:21, 5:25, 6:4, 6:23, 7:10, 7:14, 7:21, 8:6, 8:10, 12:2, 12:6, 12:10, 12:12, 12:17, 13:3, 15:16, 15:18, 17:6, 17:14, 18:4, 18:23, 19:2, 19:4, 19:11, 20:6, 20:12, 24:15, 24:20, 27:3, 27:15, 27:20, 28:2, 28:11, 28:21, 29:5, 29:8, 29:18, 30:6, 31:18, 31:22
**therefore** [3] - 8:24, 14:24,

20:3
**three** [4] - 15:20, 15:25, 24:19, 24:24
**three-week** [2] - 15:20, 24:24
**Tim** [1] - 8:1
**today** [7] - 11:23, 17:2, 19:12, 21:18, 29:8, 30:23, 31:4
**toes** [1] - 21:10
**together** [3] - 9:24, 11:19, 15:21
**Toledo** [19] - 1:5, 1:7, 1:13, 1:15, 1:17, 1:20, 2:3, 2:18, 7:24, 8:1, 8:20, 17:3, 24:3, 24:4, 24:12, 27:16, 28:5, 31:9
**Toledo's** [1] - 30:22
**took** [2] - 15:2, 27:12
**touch** [2] - 11:3, 28:12
**town** [2] - 11:10, 11:21
**toxins** [1] - 11:2
**TPD** [1] - 13:8
**Tracy** [3] - 1:19, 32:7, 32:8
**trade** [1] - 14:23
**trader** [1] - 14:15
**training** [2] - 14:8, 14:9
**trampled** [1] - 23:19
**transcript** [2] - 1:23, 32:3
**TRANSCRIPT** [1] - 1:9
**transferred** [1] - 5:18
**treat** [1] - 10:22
**treated** [1] - 14:14
**tried** [1] - 29:8
**trouble** [1] - 26:2
**truly** [1] - 11:16
**try** [1] - 12:4
**trying** [3] - 11:13, 13:8, 14:17
**two** [1] - 3:14
**type** [4] - 14:21, 25:4, 25:16, 27:7

**U**

**U.N** [1] - 23:4
**U.S** [5] - 21:10, 22:19, 29:9, 29:20, 30:14
**ultimately** [1] - 23:15
**unbelievable** [1] - 15:14
**unbelievably** [1] - 16:15
**unclear** [3] - 6:17, 8:16, 19:6
**under** [5] - 13:21, 15:22, 18:5, 22:1, 22:17
**UNIDENTIFIED** [2] - 7:9, 7:13
**United** [3] - 9:2, 20:24, 21:12

**UNITED** [2] - 1:1, 1:10
**unless** [1] - 8:7
**unquote** [1] - 27:22
**unusual** [1] - 16:1
**up** [5] - 11:25, 12:1, 15:25, 16:7, 17:14
**urge** [1] - 21:2
**usage** [1] - 18:1
**useful** [1] - 29:2
**Utah** [1] - 15:6

**V**

**valid** [1] - 21:21
**verse** [2] - 21:17, 23:7
**viewpoint** [1] - 31:3
**violate** [1] - 20:22
**violation** [1] - 25:11
**vis-à-vis** [1] - 18:1
**vocal** [1] - 5:5
**voice** [1] - 17:14
**voluminous** [1] - 26:1

**W**

**wait** [2] - 5:8, 31:8
**wants** [3] - 14:18, 18:2, 26:17
**warned** [1] - 8:15
**warrant** [17] - 7:25, 8:2, 10:13, 10:14, 12:16, 12:19, 14:4, 14:9, 14:11, 18:10, 19:17, 19:18, 19:23, 21:21, 21:22, 23:14, 23:19
**water** [1] - 15:18
**week** [2] - 15:20, 24:24
**weeks** [2] - 15:25, 24:19
**welcome** [1] - 7:14
**WESTERN** [1] - 1:2
**whichever** [1] - 16:18
**whole** [3] - 10:22, 11:4, 11:24
**Wicca** [1] - 30:1
**William** [1] - 2:19
**wine** [1] - 13:14
**wish** [6] - 5:13, 5:17, 6:11, 25:20, 26:7, 26:16
**wishes** [1] - 8:19
**withdraw** [2] - 3:22, 4:6
**Withdraw** [3] - 2:25, 7:3, 23:24
**withdrawing** [3] - 4:13, 4:14, 10:4
**woman** [7] - 3:18, 10:15, 10:16, 10:21, 16:16, 23:9, 30:10
**word** [1] - 6:13
**writing** [2] - 6:16, 6:17

**wrote** [1] - 10:15

## Y

**years** [2] - 11:11, 16:12
**yesterday** [3] - 5:16, 6:16
**Youngstown** [1] - 24:8
**yourself** [1] - 28:14

## Z

**ZOUHARY** [1] - 1:10